UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN; the DISTRICT OF COLUMBIA; the CITY OF CHICAGO and *ex rel.* OSWALD BILOTTA, Plaintiffs and Relator, vs. NOVARTIS PHARMACEUTICALS CORPORATION, Defendant. | <u>ECF CASE</u><br><br>Case No. 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA, Plaintiff, vs. NOVARTIS PHARMACEUTICALS CORP., Defendant. | **APPEARANCE OF COUNSEL** |

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs in the above-captioned matter. I certify that I am a registered electronic case filing user.

Date:   June 24, 2013

/s/Karen M. Leser-Grenon
Karen M. Leser-Grenon (KL9934)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
65 Main Street
Chester, CT 06412
kleser@sfmslaw.com
Telephone: (860) 526-1100
Facsimile: (860) 526-1120

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2013, I caused the foregoing document to be filed electronically with the Clerk of the Court through ECF, and that ECF will send an e-notice to all appearing parties.  Parties may access this filing through the Court's ECF System.

/s/Karen M. Leser-Grenon
Karen M. Leser-Grenon (KL9934)