UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA. RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN; the DISTRICT OF COLUMBIA; the CITY OF CHICAGO. and the CITY OF NEW YORK, *ex rel.* OSWALD BILOTTA,<br><br>           Plaintiffs and Relator,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>           Defendant. | <u>ECF CASE</u><br><br>Case No. 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>NOVARTIS PHARMACEUTICALS CORP., Defendant.<br><br>           Defendant. | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for NOVARTIS PHARMACEUTICALS CORPORATION.  I certify that I am a

registered electronic case filing user.

Date:   July 16, 2013                              /s/ Manisha M. Sheth_____
                                                   Manisha M. Sheth (MS3313)
                                                   QUINN EMANUEL URQUHART &
                                                   SULLIVAN, LLP
                                                   51 Madison Avenue, 22nd Floor
                                                   New York, New York  10010-1601
                                                   manishasheth@quinnemanuel.com
                                                   Telephone: (212) 849-7000
                                                   Facsimile: (212) 849-7100