

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

~~August 15, 2013~~

# MEMO ENDORSED

Defendant's time to submit its letter is extended as set forth below

BY HAND

Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

**SO ORDERED:**

*Paul Gardephe*
**Paul G. Gardephe, U.S.D.J.**

Dated: Aug 18, 2013

Re: United States of America *et al. ex rel.* Bilotta v. Novartis Pharmaceuticals Corp., 11 Civ. 0071 (PGG)

Dear Judge Gardephe:

I am writing on behalf of the United States to correct an inadvertent error in our letter to the Court yesterday, August 14, 2013, requesting a one-week extension, from August 19, 2013, through August 26, 2013, of the United States' time to file its amended complaint in this action.

In my letter I neglected also to request a one-week extension, from September 2, 2013, to September 9, 2013, of Defendant's time to submit its letter informing the Court whether it intends to move to dismiss the amended complaint.

Thank you for your consideration of these requests.

Respectfully,

PREET BHARARA
United States Attorney

By: *Heidi A. Wendel*
JEANNETTE VARGAS
CHRISTOPHER HARWOOD
HEIDI A. WENDEL
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel.: (212) 637-2636
Fax: (212) 637-2686

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-19-13

cc:     (by email)

      Andrew Gropper, Esq. (Counsel for State of New York and Co-lead Counsel for States)
      Manvin Mayell, Esq. and Michael Rogoff, Esq., Kaye Scholer (Counsel for Novartis)
      Evan Chessler, Esq. and Rachel G. Skaistis, Esq., Cravath Swaine & Moore (Counsel for Novartis)
      Faith Gay, Esq., Quinn Emanuel Urquhart & Sullivan (Counsel for Novartis)