UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, and WISCONSIN; the DISTRICT OF COLUMBIA, and the CITY OF CHICAGO, *ex rel.* OSWALD BILOTTA,<br><br>                     Plaintiffs and Relator,<br><br>-against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                                             Defendant. | 11 Civ. 00071 (PGG) |

### REPLY DECLARATION OF NINA M. DILLON

I, NINA M. DILLON, declare the following:

1.  I am a senior attorney at the law firm of Cravath, Swaine & Moore LLP, attorneys for Defendant Novartis Pharmaceuticals Corporation in the above-captioned action. I am admitted to practice in the State of New York and in the United States District Court for the Southern District of New York. I submit this reply declaration in further support of Defendant's Motion of Defendant to Dismiss the Relator's Third Amended Complaint.

2.  I attach as Exhibit A a true and correct copy of the court docket in United States ex rel. Garrity v. Novartis Pharm. Corp., No. 08-cv-2588 (E.D. Pa.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2014.

_____
Nina M. Dillon