# Exhibit A

SEALDC,SEAL-ORD,CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:08-cv-02588-LDD

SEALED v. SEALED  
Assigned to: HONORABLE LEGROME D. DAVIS  
Cause: 31:3729 False Claims Act

Date Filed: 06/03/2008  
Date Terminated: 01/07/2011  
Jury Demand: None  
Nature of Suit: 890 Other Statutes: Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**UNITED STATES OF AMERICA**  
*TERMINATED: 05/27/2011*

represented by **JACQUELINE CHRISTINE ROMERO**  
US ATTORNEY'S OFFICE  
615 CHESTNUT STREET  
PHILADELPHIA, PA 19106  
215-861-8470  
Email: jacqueline.romero@usdoj.gov  
*TERMINATED: 05/27/2011*

**JOHN R. MININNO**  
CAHILL, WILINSKI & CAHILL  
89 HADDON AVENUE  
SUITE A, P.O. BOX 80  
HADDONFIELD, NJ 08033  
TEL 856-428-2100  
Fax: FAX 856-428-8471  
*TERMINATED: 05/27/2011*

**MARGARET L. HUTCHINSON**  
U.S. ATTORNEY'S OFFICE  
615 CHESTNUT STREET  
SUITE 1250  
PHILADELPHIA, PA 19106  
215-861-8282  
Fax: 215-861-8618  
Email: margaret.hutchinson@usdoj.gov  
*TERMINATED: 05/27/2011*

**Plaintiff**

**THE STATES OF CALIFORNIA**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DELAWARE**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**FLORIDA**

represented by **JOHN R. MININNO**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GEORGIA**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**HAWAII**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**ILLINOIS**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**INDIANA**

represented by **JOHN R. MININNO**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOUISIANA**

represented by **JOHN R. MININNO**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHIGAN**

represented by **JOHN R. MININNO**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MONTANA**  
*TERMINATED: 05/27/2011*

represented by **CATHERINE TRUMAN**  
MONTANA ATTORNEY GENERAL  
215 NORTH SANDERS  
POBOX 201401  
HELENA, MT 59620-1401  
406-444-2026  
*TERMINATED: 05/27/2011*

**JOHN R. MININNO**

|  |  |
|---|---|
|  | (See above for address)<br>*TERMINATED: 05/27/2011* |

**Plaintiff**

**NEVADA**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**MARK KEMBERLING**  
OFFICE OF THE ATTORNEY GENERAL  
100 N CARSON ST  
CARSON CITY, NV 89701-4717  
*TERMINATED: 05/27/2011*

**Plaintiff**

**NEW HAMPSHIRE**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**NEW JERSEY**

represented by **JOHN R. MININNO**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NEW MEXICO**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**NEW YORK**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**OKLAHOMA**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**RHODE ISLAND**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**TENNESSEE**  
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**  
(See above for address)  
*TERMINATED: 05/27/2011*

**Plaintiff**

**TEXAS**
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**
(See above for address)
*TERMINATED: 05/27/2011*

**Plaintiff**

**WISCONSIN**
*and*

represented by **JOHN R. MININNO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THE COMMONWEALTHS OF MASSACHUSETTS**
*and*
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**
(See above for address)
*TERMINATED: 05/27/2011*

**Plaintiff**

**VIRGINIA**
*and*
*TERMINATED: 05/27/2011*

represented by **JOHN R. MININNO**
(See above for address)
*TERMINATED: 05/27/2011*

**Plaintiff**

**THE DISTRICT OF COLUMBIA**

represented by **JOHN R. MININNO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ex rel JEREMY GARRITY**

represented by **JOHN R. MININNO**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NOVARTIS PHARMACEUTICALS CORPORATION**
*TERMINATED: 01/07/2011*

represented by **EVAN R. CHESLER**
CRAVATH, SWAINE & MOORE
825 EIGHTH AVENUE
WORLDWIDE PLAZA
NEW YORK, NY 10019-7475
212-474-1000
Email: ndillon@cravath.com
*TERMINATED: 01/07/2011*

**KAREN F. GREEN**
WILMER HALE
60 STATE ST
BOSTON, MA 02109
617-526-6207
Email: karen.green@wilmerhale.com
*TERMINATED: 01/07/2011*

*PRO HAC VICE*

**RONALD H. LEVINE**
POST & SHELL, P.C.
FOUR PENN CENTER
1600 JOHN F. KENNEDY BLVD
PHILADELPHIA, PA 19103
215-587-1000
Fax: 215-587-1444
Email: rlevine@postschell.com
*TERMINATED: 01/07/2011*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/13/2010 | 17 | AMENDED COMPLAINT against DEFT NOVARTIS PHARMACEUTICALS CORPORATION, filed by plffs' ILLINOIS, OKLAHOMA, DELAWARE, THE COMMONWEALTHS OF MASSACHUSETTS, NEW HAMPSHIRE, RHODE ISLAND, NEW JERSEY, TENNESSEE, NEVADA, LOUISIANA, JEREMY GARRITY, WISCONSIN, VIRGINIA, THE STATES OF CALIFORNIA, THE DISTRICT OF COLUMBIA, GEORGIA, INDIANA, MICHIGAN, MONTANA, NEW YORK, FLORIDA, TEXAS, HAWAII, NEW MEXICO, UNITED STATES OF AMERICA.(gn, ) Modified on 9/30/2010 (gn, ). (Entered: 09/30/2010) |
| 09/29/2010 | 19 | ORDER THAT THE FOLLOWING DOCUMENTS ONLY BE UNSEALED: THE FIRST AMENDED FALSE CLAIMS ACT COMPLAINT, (DOC #17) FILED ON 8/13/10 IN THE ACTION. THE GOVERNMENT'S NOTICE OF INTERVENTION AND/OR DECLINATION; AND THIS ORDER. ALL OTHER PAPERS OR ORDERS ON FILE IN THIS ACTION SHALL REMAIN UNDER SEAL; AND THE SEAL SHALL BE LIFTED ON PLEADINGS IN THIS ACTION WHICH ARE FILED AFTER THE FILING OF THE GOVERNMENT'S NOTICE OF INTERVENTION. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 9/29/10. ) 9/30/10 ENTERED AND COPIES MAILED.(gn, ) Modified on 9/30/2010 (gn, ). (Entered: 09/30/2010) |
| 09/30/2010 | 20 | NOTICE by plff UNITED STATES OF AMERICA of Partial Intervention and Declination for purposes of Settlement, Certificate of Service.(gn, ) (Entered: 09/30/2010) |
| 10/01/2010 | 21 | NOTICE of Appearance by RONALD H. LEVINE on behalf of NOVARTIS PHARMACEUTICALS CORPORATION (gn, ) (Entered: 10/04/2010) |
| 10/07/2010 | 22 | APPLICATION BY DEFT NOVARTIS PHARMACEUTICALS CORPORATION FOR PRO HAC VICE OF KAREN GREEN. (RECEIPT #030693 $80.00) ( FILED UNDER SEAL ) (gn, ) (Entered: 10/08/2010) |
| 10/07/2010 | 23 | APPLICATION BY DEFT NOVARTIS PHARMACEUTICALS CORPORATION FOR PRO HAC VICE SOF EVAN CHESLER. (RECEIP #030693 $40.00) ( FILED UNDER SEAL ) (gn, ) (Entered: 10/08/2010) |
| 10/12/2010 | 24 | ORDER ( UNDER SEAL ) ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 10/8/10. ) 10/12/10 ENTERED AND COPIES MAILED. (gn, ) Modified on 10/14/2010 (gn, ). (Entered: 10/12/2010) |
| 10/21/2010 | 25 | ORDER THAT THE APPLICATION OF KAREN F. GREEN, ESQ. TO PRACTICE IN |

| | | |
|---|---|---|
| | | THIS COURT IS GRANTED. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 10/21/10. ) 10/21/10 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(gn, ) Modified on 10/21/2010 (gn, ). (Entered: 10/21/2010) |
| 10/21/2010 | 26 | ORDER THAT THE APPLICATION OF EVAN R. CHESLER, ESQ. TO PRACTICE IN THIS COURT IS GRANTED. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 10/21/10. ) 10/21/10 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(gn, ) Modified on 10/21/2010 (gn, ). (Entered: 10/21/2010) |
| 10/29/2010 | 27 | ORDER THAT COUNSEL SHALL APPEAR AT 1:00PM ON 12/1/10 IN THE CHAMBERS OF JUDGE DAVIS, ROOM 6614 FOR A STATUS CONFERENCE. THIS MATTER WILL BE STAYED PENDING THE AFOREMENTIONED STATUS CONFERENCE AND THE DEVELOPMENT OF A CASE MANAGEMENT PLAN. THE CLERK OF THE COURT SHALL PLACE THIS ACTION IN THE CIVIL SUSPENSE FILE AND MARK THE MATTER CLOSED FOR STATISTICAL PURPOSES, ETC. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 10/29/10. ) 10/29/10 ENTERED AND COPIES E-MAILED.(gn, ) (Additional attachment(s) added on 11/1/2010: # 1 order) (gn, ). (Entered: 10/29/2010) |
| 11/01/2010 | | Set/Reset Hearings: STATUS CONFERENCE SET FOR 12/1/2010 01:00 PM BEFORE HONORABLE LEGROME D. DAVIS. (afm, ) (Entered: 11/01/2010) |
| 11/01/2010 | 28 | NOTICE by STATE OF MONTANA to decline Intervention at this time, Certificate of Service. ( FILED UNDER SEAL ) (gn, ) Modified on 11/1/2010 (gn, ). (Entered: 11/01/2010) |
| 11/18/2010 | 29 | APPLICATION BY NOVARTIS PHARMACEUTICALS CORPORATION FOR PRO HAC VICE FOR NINA M. DILLON, ESQ. ( FILED UNDER SEAL ) ($40.00 RECEIPT #033046) (gn, ) (Entered: 11/18/2010) |
| 11/29/2010 | 30 | ORDER THAT THE STATUS CONFERENCE SET FOR 1:00PM ON 12/1/10, IS POSTPONED INDEFINITELY. THE PARTIES SHALL ADVISE THE OURT OF THE FINAL STATUS OF THIS MATTER ON OR BEFORE 1/5/11. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 11/29/10. ) 11/29/10 ENTERED AND COPIES E-MAILED AND FAXED.(gn, ) (Entered: 11/29/2010) |
| 12/16/2010 | 31 | NOTICE of Voluntary Dismissal by UNITED STATES OF AMERICA (ROMERO, JACQUELINE) (Entered: 12/16/2010) |
| 12/16/2010 | 32 | NOTICE of Dismissal by UNITED STATES OF AMERICA. (FILED UNDER SEAL)(kp, ) (Entered: 12/16/2010) |
| 12/17/2010 | 33 | ORDER FILED UNDER SEAL. SIGNED BY HONORABLE LEGROME D. DAVIS ON 12/17/2010. 12/20/2010 ENTERED AND COPIES MAILED. (FILED UNDER SEAL)(md) (Entered: 12/20/2010) |
| 01/07/2011 | 34 | NOTICE of Voluntary Dismissal with prejudice by JEREMY GARRITY against dreft ZNovartis Pharmaceutifcals, Inc., Certificate of Service.(gn, ) (Entered: 01/10/2011) |
| 01/20/2011 | 35 | ORDER THAT THE PARTIES TO PROVIDE THE COURT WITH A COPY OF EACH SETTLEMENT AGREEMENT REACHED BETWEEN THEM, EXCEPT THE AGREEMENT FILED AS EXHIBIT A TO THE UNITED STATES'S NOTICE OF PARTIAL INTERVENTION (DOC #20) FOR THE COURT'S APPROVAL. THE FALSE CLAIMS STATUES OF VARIOUS PLFFF-STATES MANDATE SUCH APPROVAL PRIOR TO DISMISSAL. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON |

| | | |
|---|---|---|
| | | 1/14/11. ) 1/20/11 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(gn, ) Modified on 1/20/2011 (gn, ). (Entered: 01/20/2011) |
| 05/27/2011 | 36 | ORDER THAT THE STIPULATION OF DISMISSAL FILED BY RELATOR (DOC #60) AND REVIEW OF THE SETTLEMENT AGREEMENT BETWEEN THE PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS: RELATOR'S CLAIMS ON BEHALF OF THE U.S., CA., DE., GA., HA., IL., MA., MONTANA, NEV., NH., NM., NY., OK., RI., TN., TX., & VA. ARE HEREBY DISMISSED. ON OR BEFORE 6/17/11, RELATOR AND FLORIDA SHALL EACH EITHER FILE A WRITTEN STATEMENT WAIVING THEIR RESPECTIVE RIGHTS TO THE HEARING GUARANTEED BY FLA. OR REQUEST A HEARING WITH THIS COURT FOR SETTLEMENT APPROVAL PURPOSES, ETC. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 5/27/11. ) 5/27/11 ENTERED AND COPIES MAILED, E-MAILED AND FAXED.(gn, ) (Entered: 05/27/2011) |
| 06/15/2011 | 37 | Letter from Gretchen H. Wallace re: certain facts. (gn, ) (Entered: 06/15/2011) |
| 08/02/2011 | 38 | ORDER THAT THE COURT DISMISSES ANY REMAINING CLAIMS AGAINST DEFT NOVARTIS PHARMACEUTICAL CORPORATION. ( SIGNED BY HONORABLE LEGROME D. DAVIS ON 8/1/11. ) 8/2/11 ENTERED AND COPIES E-MAILED AND FAXED.(gn, ) (Entered: 08/02/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/30/2014 10:01:42 | | | |
| **PACER Login:** | cs0144 | **Client Code:** | 00488-010-09894 |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-02588-LDD |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |