# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

STUART W. GOLD
JOHN W. WHITE
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
C. ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D. WILSON
CHRISTINE A. VARNEY
PETER T. BARBUR

SANDRA C. GOLDSTEIN
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN

GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN
DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO

KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ
DAVID J. PERKINS
JOHNNY G. SKUMPIJA
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
KENNETH C. HALCOM
DAVID M. STUART

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
PAUL C. SAUNDERS

WRITER'S DIRECT DIAL NUMBER
(212) 474-1934

January 31, 2014

<u>United States ex rel. Bilotta v. Novartis Pharmaceuticals Corp.
No. 11 Civ. 0071 (PGG)</u>

Dear Judge Gardephe:

Pursuant to Rule 4D of Your Honor's Individual Rules of Practice, Novartis Pharmaceuticals Corporation respectfully requests oral argument on its Motion to Dismiss Relator's Third Amended Complaint (filed at Docket Nos. 98-100).

Respectfully,

/s/ Rachel G. Skaistis
Rachel G. Skaistis

Hon. Paul G. Gardephe
   United States District Judge
      Southern District of New York
         40 Foley Square
            New York, NY 10007

VIA ECF AND HAND DELIVERY

Copies to:

James Miller, Esq.
   Shepherd, Finkelman, Miller & Shah, LLP
      65 Main Street
         Chester, CT 06412

Andrew Gropper, Esq.
   New York State Office of the Attorney General
      120 Broadway
         New York, NY 10271

Christopher Harwood, Esq.
   Jeanette A. Vargas, Esq.
      United States Attorney's Office
         86 Chambers Street
            New York, NY 10007

Raymond Liddy
   Deputy Attorney General
      Bureau of Medi-Cal Fraud and Elder Abuse
         California Department of Justice
            1455 Frazee Rd., Ste. 315
               San Diego, CA 92108

George A. Codding
   Senior Assistant Attorney General
      Medicaid Fraud Control Unit
         Office of the Attorney General for the State of Colorado
            1525 Sherman Street, 2nd Floor
               Denver, CO 80203

Rob Teitelman
   Office of the Attorney General
      Assistant Attorney General
         55 Elm St.
            Hartford, CT 06106

Tiphanie P. Miller
   Deputy Attorney General
      Medicaid Fraud Control Unit
         State of Delaware Department of Justice
            Carvel State Office Bldg., 5th Floor
               820 North French Street
                  Wilmington, DE 19801

Elaine Block
   Attorney
      District of Columbia Medicaid Fraud Control Unit
         717 14th Street, NW, Suite 1100
           Washington, DC 20005

Kathleen Von Hoene
   Assistant Attorney General
      Office of the Attorney General for the State of Florida
         Medicaid Fraud Control Unit
           PL-01, The Capitol
              Tallahassee, FL 32399-1050

Victoria Kizito
   Assistant Attorney General
      Georgia Medicaid Fraud Control Unit
         200 Piedmont Ave. SE
           West Tower, 19th Floor
              Atlanta, GA 30334

Michael L. Parrish
   Director
      Hawaii Medicaid Fraud Control Unit
         Office of the Attorney General
           333 Queen Street, 10th Floor
              Honolulu, HI 96813

F. Elizabeth Lepic
   Deputy Bureau Chief
      Medicaid Fraud Bureau
         Office of the Illinois Attorney General
           100 W. Randolph Street, 12th Floor
              Chicago, IL 60601

Rod Reynolds
   Assistant Attorney General
      Iowa MFCU
         Iowa Dept. of Insp & Appeals
           321 E. 12th St.
              Des Moines, IA 50319

Nicholas J. Diez
   Assistant Attorney General
      Medicaid Fraud Control Unit
         Louisiana Department of Justice
           1885 N. Third Street
              Baton Rouge, LA 70802

Shelly Martin
   Assistant Attorney General
      Medicaid Fraud Control Unit
         Maryland Office of the Attorney General
           200 St. Paul Place, 18th Fl.
              Baltimore, MD 21202

Joshua H. Orr
   Assistant Attorney General
      Medicaid Fraud Division
         Massachusetts Office of the Attorney General
           One Ashburton Place
              Boston, MA 02114

Deborah Harper
   Assistant Attorney General
      State of Michigan
         Health Care Fraud Division
           2860 Eyde Parkway
              East Lansing, MI 48823

Chuck Roehrdanz
   Director
      Medicaid Fraud Control Unit
         Minnesota Office of the Attorney General
           445 Minnesota Street #1200
              St. Paul, MN 55101

Kenneth E. Varns
   Assistant Attorney General
      Montana Department of Justice
         Medicaid Fraud Control Unit
           215 N. Sanders
              P.O. Box 201401
                 Helena, MT 59620-1401

Donna Rohwer
   Deputy Attorney General
      Medicaid Fraud Control Unit
         Nevada Office of the Attorney General
            555 East Washington Avenue, Ste. 3900
               Las Vegas, NV 89101

Karin Eckel
   Director
      Medicaid Fraud Control Unit
         New Hampshire Office of the Attorney General
            33 Capitol Street
               Concord, NH 03301-6397

Josh Lichtblau
   Assistant Attorney General
      New Jersey Medicaid Fraud Control Unit
         New Jersey Office of the Attorney General
            25 Market Street
            P.O. Box 094
               Trenton, NJ 08625-0094

Jody R. Curran
   Director
      Medicaid Fraud Control Unit
         New Mexico Office of the Attorney General
            111 Lomas Blvd. NW, Suite 300
               Albuquerque, NM 87102

Charles Hobgood
   Special Deputy Attorney General
      Director, Medicaid Investigations Division
         North Carolina Department of Justice
            5505 Creedmoor Road, Suite 300
               Raleigh, NC 27612

Niki Batt
   Assistant Attorney General
      Medicaid Fraud Control Unit
         Oklahoma Office of Attorney General
            313 NE 21st Street
               Oklahoma City, OK 73105

Case 1:11-cv-00071-PGG   Document 104   Filed 01/31/14   Page 6 of 6

6


6

James F. Dube
   Assistant Attorney General
      Director, Medicaid Fraud Control and Patient Abuse Unit
         Rhode Island Department of Attorney General
            150 South Main Street
               Providence, RI 02903

Tim Harlan
   Assistant Attorney General
      Medicaid Fraud and Integrity Division
         Tennessee Office of the Attorney General
            P.O. Box 20207
               Nashville, TN 37202-0207

Kerry Ascher
   Assistant Attorney General
      Civil Medicaid Fraud Division
         Office of the Attorney General for the State of Texas
            P.O. Box 12548
               Austin, TX 78711-2548

Kimberly M. Bolton
   Assistant Attorney General
      Medicaid Fraud Control Unit, Civil Investigations Squad
         Virginia Attorney General's Office
            900 East Main Street
               Richmond, VA 23219

Michelle Teed
   Assistant Attorney General
      Medicaid Fraud Control Unit
         P.O. Box 40114
            Olympia, WA 98504

Thomas L. Storm
   Assistant Attorney General
      Director, Medicaid Fraud and Elder Abuse Unit
         Wisconsin Department of Justice
            P.O. Box 7857
               Madison, WI 53708-7857

VIA ECF