AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES, et al. ex rel. OSWALD BILOTTA, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  11 Civ. 0071 (PGG) |
| NOVARTIS PHARMACEUTICAL CORPORATION, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NOVARTIS PHARMACEUTICAL CORPORATION      .

Date:     10/17/2014

/s/ Timothy G. Cameron
*Attorney's signature*

Timothy G. Cameron  (TC-4639)
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

*Address*

tcameron@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*