**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

January 16, 2015

**BY ECF and HAND**
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States* et al. ex rel. *Bilotta v. Novartis*, No. 11 Civ. 0071 (PGG)

Dear Judge Gardephe:

      We represent the United States in the above-referenced *qui tam* action, and write respectfully on behalf of all parties to request that the Court enter the Protective Order attached hereto as Exhibit A. Pursuant to the Court's Individual Rules of Practice, we have also attached hereto as Exhibit B a blackline showing all deviations between the parties' proposed Protective Order and the Court's Model Protective Order.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

      by:   /s/Christopher B. Harwood
      JEANNETTE A. VARGAS
      CHRISTOPHER B. HARWOOD
      MONICA P. FOLCH
      Assistant United States Attorneys
      (212) 637-2678 / 2728 / 6559

Copy to (via email):

Manvin Mayell, Esq. (manvin.mayell@kayescholer.com)

Rachel G. Skaistis, Esq. (rskaistis@cravath.com)

Andrew Gropper, Esq. (andrew.gropper@ag.ny.gov)

James Miller, Esq. (jmiller@sfmslaw.com)