| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: April 27, 2015 |

UNITED STATES, et al. ex rel.
OSWALD BILOTTA,

            Plaintiffs and Relator,

      -against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

            Defendant.

**ORDER**

11 Civ. 0071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the conference in this matter presently scheduled for April 30, 2015 is adjourned to **June 23, 2015 at 10:00 a.m.**

Dated: New York, New York
       April 27, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge