| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11/17/15 |

UNITED STATES, et al. ex rel.
OSWALD BILOTTA,

        Plaintiffs and Relator,

-against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

**ORDER**

11 Civ. 0071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the deadline for completion of fact discovery is extended to **July 29, 2016**.

    It is further ORDERED that there will be a conference in this matter on **April 7, 2016 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 16, 2015

                          SO ORDERED.

                          _/s/ Paul G. Gardephe_
                          Paul G. Gardephe
                          United States District Judge