UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN; THE DISTRICT OF COLUMBIA; THE CITY OF CHICAGO, AND THE CITY OF NEW YORK, *EX REL.*, AND OSWALD BILOTTA,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　　Defendant. | 11 Civ. 0071 (PGG) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for New York.

Date: March 30, 2016

*Attorney's signature*: Kathryn Heim Harris

*Printed name and bar number*: Kathryn Heim Harris  # 4490132

*Address*: 120 Broadway, 13th Fl, NY NY 10271

*E-mail address*: Kathryn.harris@ag.ny.gov

(212) 417-4403
*Telephone number*

(212) 417-4604
*FAX number*