**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>         Plaintiffs and Relator,<br>         v.<br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>         Defendant. | ECF CASE<br><br>Case No. 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br>         v.<br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>         Defendant. | |

### NOTICE OF THE UNITED STATES OF AMERICA'S MOTION TO COMPEL

PLEASE TAKE NOTICE that upon the United States of America's Memorandum of Law in Support of Its Motion to Compel, the Declaration of Mónica P. Folch and exhibits annexed thereto, and all prior pleadings and proceedings herein, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court for an order compelling Defendant to produce documents the United States requested through discovery pursuant to Rule 37 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 15, 2016

                    Respectfully submitted,

                    PREET BHARARA
                    United States Attorney for the
                    Southern District of New York
                    *Attorney for the United States*

By:    */s/ Mónica P. Folch*
             MÓNICA P. FOLCH
             JEANNETTE A. VARGAS
             CHRISTOPHER B. HARWOOD
             JACOB LILLYWHITE
             JENNIFER JUDE
             Assistant United States Attorneys
             86 Chambers Street, 3rd Floor
             New York, New York 10007
             Telephone: (212) 637-6559
             Fax: (212) 637-2686