UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN; the DISTRICT OF COLUMBIA; the CITY OF CHICAGO and the CITY OF NEW YORK *ex rel.* OSWALD BILOTTA,<br><br>    Plaintiffs and Relator,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant.<br><br>UNITED STATES OF AMERICA<br><br>    Plaintiff,<br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.,<br><br>    Defendant. | ECF CASE<br><br>Case No. 11 Civ. 0071 (PGG)<br><br>**NOTICE OF WITHDRAWAL OF MANISHA M. SHETH AS COUNSEL OF RECORD FOR DEFENDANT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Manisha M. Sheth of Quinn Emanuel Urquhart & Sullivan, LLP ("QE") is hereby withdrawn as counsel of record for Defendant and should be removed from all service lists in this action. Defendant will continue to be represented in this action by the other QE attorneys who have previously entered their appearance as counsel.

DATED: May 2, 2016  Respectfully submitted,

By: */s/Manisha M. Sheth*
Manisha M. Sheth
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: manishasheth@quinnemanuel.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

      */s/ Manisha M. Sheth*
      Manisha M. Sheth