**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | **NOTICE OF CROSS-MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the United States of America's Cross-Motion for Partial Summary Judgment, Plaintiff, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56 granting judgment to the United States on Novartis's 2010 Settlement Agreement argument and finding that the 2010 Settlement Agreement did not release Novartis from all liability relating to Diovan, Exforge or Tekturna events.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order dated March 29, 2018, Dkt. No. 217, Defendant's opposition to this Cross-Motion is due on or before August 29, 2018.

Dated: New York, New York
July 30, 2018

                                        GEOFFREY S. BERMAN
                                        United States Attorney for the
                                        Southern District of New York
                                        *Attorney for Defendants*

By:    /s/ Christopher Harwood
           JEANNETTE VARGAS
           CHRISTOPHER HARWOOD
           MÓNICA FOLCH
           JACOB LILLYWHITE
           JENNIFER JUDE
           Assistant United States Attorneys
           86 Chambers Street, Third Floor
           New York, New York  10007