# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | THOMAS E. DUNN | | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| EVAN R. CHESLER | MARK I. GREENE | | TATIANA LAPUSHCHIK | OMID H. NASAB |
| RICHARD W. CLARY | DAVID R. MARRIOTT | | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| STEPHEN L. GORDON | MICHAEL A. PASKIN | | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | | JOHNNY G. SKUMPIJA | |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | | J. LEONARD TETI, II | SPECIAL COUNSEL |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | | D. SCOTT BENNETT | SAMUEL C. BUTLER |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | | KENNETH C. HALCOM | |
| FAIZA J. SAEED | CRAIG F. ARCELLA | | DAVID M. STUART | OF COUNSEL |
| RICHARD J. STARK | DAMIEN R. ZOUBEK | | AARON M. GRUBER | MICHAEL L. SCHLER |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1486

WRITER'S EMAIL ADDRESS
dhernandez@cravath.com

August 29, 2018

<u>U.S. ex rel. Bilotta v. Novartis Pharm. Corp.,</u>
<u>Case No. 11 Civ. 0071 (PGG)</u>

Dear Judge Gardephe:

      Pursuant to Rule IV(D) of Your Honor's Individual Rules of Practice, Defendant Novartis Pharmaceuticals Corporation ("NPC") in the above-referenced action respectfully requests the opportunity to present oral argument on its Motion for Summary Judgment.

Respectfully,

Damaris Hernández

Hon. Paul G. Gardephe
    United States District Judge
       Southern District of New York
          40 Foley Square
            New York, NY 10007

VIA ECF AND HAND DELIVERY

Copies to:

Jeannette Vargas, Esq.
Christopher Harwood, Esq.
    United States Attorney's Office
       86 Chambers Street
         New York, NY 10007

Andrew Gropper, Esq.
Kathryn Harris, Esq.
    New York State Office of the Attorney General
        120 Broadway
            New York, NY 10271

James Miller, Esq.
    Shepherd, Finkelman, Miller & Shah, LLP
        65 Main Street
            Chester, CT 06412

VIA ECF