# EXHIBIT 129

**From:** Roger Stojeba [CN=Roger Stojeba/OU=PH/O=Novartis]
**Sent:** Tuesday, August 24, 2004 3:04:08 AM
**To:** Kate Fagan
**Subject:** Brennan's Wine Tasting /Dinner

Kate:   Dr. Brinkman and company have RSVP'd for 10, you, me and Dr. B make 13.   I told Kevin to set the table for 14 in the event Dr. B brings his wife.   I spoke to Kevin today and he's going to pair foods from Liluma,

See ya at   Brennan's.

Roger

----- Forwarded by Roger Stojeba/PH/Novartis on 08/23/2004 09:56 PM -----

Kevin Brennan <info@durangocigars.com>
08/23/2004 01:32 PM

To:   Roger Stojeba/PH/Novartis@PH
cc:
Subject:   Brennan's Wine Tasting /Dinner

Roger

I have attached the previous e-mail but please disregard it.   We will arrange everything for the meal and wine tasting and look forward to seeing you on Thursday at 6:30 p.m.

Please call me if you have any additional questions.   Thanks again.

--
Kevin Brennan
info@durangocigars.com
Brennan's / Select Cigars, Inc.
4659 Maryland Ave.
St. Louis, MO   63108
314-361-9444

Cell phone 314-497-4449

Roger

As per our conversation, I am sending to you the information for the wine dinner at the wine cellar at Brennan's.

The manager at Liluma, Clay Richard, said you can contact him during normal business hours at the restaurant.   (361-7771)   You can finalize your meal, time of the event, and pricing information.   Once we know what you will be having for dinner, we will put together the wine selection.   We have reserved the room and we will finalize plans once we have heard from you.

Thank you for your time and consideration.   If you have any questions, please let me know.

--
Kevin Brennan
info@durangocigars.com
Brennan's / Select Cigars, Inc.
4659 Maryland Ave.
St. Louis, MO   63108
314-361-9444
314-497-4449 (cell)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER
NPCLSV_LIT002319286