# EXHIBIT 143

BPO: N/A
NOV – 08-04-0014
Case Name: ███
Owner: Woods
HR: Gelbard

Telephonic Interview: Complainant Dr. ███ – May 9, 2008. 11:00 a.m. by Woods

- Dr. ███ stated that during a visit by associate ███ and her manager (███ Mr. ███ made the statement that Dr. ███ prescription numbers were not high enough to act as a speaker for Novartis.
- Dr. ███ stated that he has been prescribing Diovan for a long time – but that he also uses Benecar – and he makes decisions based upon the patient.
- Dr. ███ did not approached the conversation because Mr. ███ is not a clinician and because he feels it is unethical to say that someone has to prescribe drugs in exchange for being a speaker.
- Dr. ███ said they discussed other products as well, Exforge and Tekturna (**NOTE:** during Mr ███ interview he noted that ███ prescribes Diovan but not Tekturna and Exforge and that this is a problem because all CV programs are dual content programs).
- Dr. ███ said Mr. ███ stated that if he spoke on a product he needed to know the product from experience and asked how he could speak on our (Novartis') behalf if he didn't use the product – Dr. ███ said this was not stated during speaker training.
- Dr. ███ said Ms. ███ returned a week later and aid that ███ said Dr. ███ could not be used as a speaker until he used more products.
- Dr. ███ requested that Novartis cease reviewing his prescriptions
- Dr. ███ said he no longer wishes to be a NPC speaker
- He will continue seeing NPC reps. And prescribing NPC product as appropriate

M. Woods thanked him for his time, assured him that this was a serious issue that would be reviewed and acted on appropriately and closed the call at 11:25 a.m.