# EXHIBIT 193

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



**INTERNAL AUDIT**

CONFIDENTIAL

**Report No 2007/046**
**September 10, 2007**

# Operations Audit Report

## Novartis Pharmaceuticals Corporation, USA
## Meetings and Events

*August 6 to 24, 2007*

DISTRIBUTION

| ALL OBSERVATIONS | DIVISION LEVEL OBSERVATIONS | SUMMARY PAGE |
|---|---|---|

**Novartis Pharmaceuticals Corporation, USA**

| | |
|---|---|
| Alex Gorsky | Audited Unit Head |
| Gary Rosenthal | Audited Unit CFO |
| David Murray | Head, BPA General Medicines |
| Nancy Lurker | Chief Marketing Officer |
| Gregory Schofield | Head, Sales |
| Julie Kane | Head, Compliance |
| Dorothy Watson | General Counsel |
| Rainer Boehm | Head, Oncology BU |
| Frank Unger | Pharma USA BPC |

**Country Organization, USA**

| | |
|---|---|
| Paulo Costa | Country President |
| Urs Naegelin | Country CFO |

**Divisional Functions**

| | |
|---|---|
| Kamila Grembowicz | Head of Pharma BPC |
| Paul Penepent | Head of FRA |

**Corporate Functions**

| | |
|---|---|
| Malcolm Cheetham | Head of Group FRA |
| Susanne Melchior | Head Corporate Financial Controls |

**PricewaterhouseCoopers**

**Division Management**

| | |
|---|---|
| Thomas Ebeling | Division Head |
| Jonathan Peacock | Division CFO |

**AUDIT TEAM**

| | |
|---|---|
| Daman Kaur | East Hanover, Team Leader |
| Chein Hwei Kee | Singapore |
| Nicole Longhi | Basel |
| Maurus Schreyvogel | East Hanover |
| Rajen Sanghani | East Hanover |

**Chairman and CEO**

Daniel L. Vasella

**AUDIT AND COMPLIANCE COMMITTEE**

The Audit and Compliance Committee will be provided with a summary of this audit in the next quarterly Internal Audit progress report

(Unsatisfactory reports are submitted in full to the ACC and CEO when they are issued)

This audit was conducted in accordance with the *International Standards for the Professional Practice of Internal Auditing.*
**Remediation of issues is the responsibility of audited unit management.**
Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

NPCLSV_LT001949230


CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | AUDIT REPORT | Page 2 of 11 |

## THE UNIT

Novartis Pharmaceutical Corporation (NPC) manages Meetings & Events (M&E) through coordinated efforts of Marketing, Sales, Compliance, and Business Services. An Events Oversight Committee (EOC) with cross-functional representation establishes guidelines and approves all events, other than the Field Force's traditional Dinner Meeting speaker events. Sales Operations owns and manages Speaker Central database that houses information on speakers, where as Marketing and Sales provides data into Speaker Central. The M&E activities receive a high amount of management attention, and several actions have already been taken to improve the efficiencies, costs, and compliance elements of these programs; and additional improvements are already underway. A pilot program for improving meeting venue management was initiated in 2006 using the vendor Genesis, which was successful. Advanced Health Media (AHM) was selected as the new vendor for the national rollout in Q4 2007. AHM will incorporate the Novartis Event Central and Speaker Central databases into an improved and integrated service, and will include further integration when the travel expense reporting system is changed from Gelco to Concur in January 2008.

### Key Figures

| (USD million) | Actual 2006 | LE 1 2007 |
|---|---|---|
| Net Sales | 9'388 | 10'062 |
| Gross Margin | 6'769 | 7'360 |
| EBIT | 1'956 | 1'719 |
| Headcount (FTE) | 12'670 | 12'842 |

| (USD million) | General Medicines | | Oncology | |
|---|---|---|---|---|
| | 2006 | June 2007 | 2006 | June 2007 |
| Dinner Meetings | 150.6 | 97.8 | 0.31 | 1.58 |
| Speaker Training | 32.3 | 17.4 | 2.60 | 1.65 |
| Advisory Boards , Other | 15.7 | 7.7 | 3.23 | 2.82 |
| Total | 198.6 | 122.9 | 6.14 | 6.05 |

## AUDIT SCOPE AND OBJECTIVES

This audit reviewed M&E, including the piloted program with Genesis, to assess internal controls regarding financial, operational, and compliance activities for effectiveness and efficiency. The scope included EOC (e.g. Advisory Boards, Consulting meetings, Speaker Training Events); Speaker management (e.g. nominations, training, utilization); and Dinner Meeting event management. The scope excluded internal business meetings, product launch meetings, Development meetings, and Continuing Medical Education (CME) events.

## MAIN OBSERVATIONS AND AGREED KEY ACTIONS

- Meal costs and number of participants for Dinner Meetings may not always comply with company policy. Management will improve monitoring and ensure accountability for accurate reporting/data input by the field.

- Monitoring of EOC approved events to assess compliance and to take appropriate actions is not clearly defined as a role of the EOC or other bodies. Management will determine the appropriate function to develop and operate effective monitoring activities.

- Honoraria for sales executed events is based on the historical data for establishing fair market value (FMV), and managing the honoraria cap is difficult due to incomplete and untimely data. Management already has a FMV project underway to use external reference data, and will address the completeness and timeliness of data in conjunction with the implementation of speaker management services provided by AHM.

## CLASSIFICATION OF OBSERVATIONS
### (Significance and Relevance)

We gained an overall **satisfactory** opinion for the M&E activities of NPC. There were no critical observations that require immediate attention of group management and the ACC. Overall, the controls are operating effectively for managing the Dinner Meetings, Speaker Trainings, and other EOC approved events. Management proactively addresses process and control improvements, e.g. updates EOC guidance, conducts training programs, disciplines exceptions, and upgrades systems and processes to improve data accuracy and oversight capabilities. Increased Brand and Field Force accountability for process compliance would enhance the overall control environment for optimizing event management and records. The EOC provides an effective compliance function; however more clarity is needed regarding monitoring activities and educational services. Management is committed to address all observations.

| | GROUP | DIVISION | LOCAL |
|---|---|---|---|
| HIGH | 0 | 2 | 0 |
| MEDIUM | 0 | 0 | 6 |
| LOW | 0 | 0 | 3 |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 3 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS |
|---|---|---|---|
| **1. MEETINGS AND EVENTS** | | | |

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS |
|---|---|---|---|
| **1.1**<br><br>Relevance<br>**DIVISION**<br><br>Significance<br>**HIGH** | **Dinner Meetings**<br>• Speaker events may not always comply with local company policies in regards to minimum number of participants and meal expense limits.<br>• During the course of the audit the company was not able to verify the accuracy of the data for in-house organized event and analysis that forms the basis for this observation. Management has identified this issue and is addressing it by outsourcing the planning and execution of events to Advanced Health Media (AHM) and by implementing a new travel and entertainment (T&E) reporting system, Concur. | • Ensure that speaker events are organized compliant to Novartis guidelines by including improved:<br>  ○ monitoring and analytical reviews,<br>  ○ reviews of possible exceptions, and<br>  ○ corrective actions as needed.<br>• Ensure accountability for accurate reporting/data input by the field (FF). | **Agreed**<br><br>**IN CHARGE**   **DUE DATE**<br>Dir, Event Mgmt,  31 May 2008<br>Gen Meds<br><br>Dir, Sales Ops, Onc   31 May 2008 |

| Event analysis results | 2007 | | 2006 | |
|---|---|---|---|---|
| < 3 participants | | | | |
| organized in-house | 857 | 5% | 3778 | 7% |
| organized by Genesis | 483 | 10% | 28 | 14% |
| > USD 125 meal cost | | | | |
| organized in-house | 891 | 5% | 3419 | 6% |
| organized by Genesis | 604 | 8% | 19 | 10% |

Note: The Genesis pilot began in 2006.

  ○ Per the Ethics and Compliance (EC) policies, a speaker event should have at least three Health Care Professionals (HCPs) in attendance.

  ○ Per the Speaker Event & Meal policies, "a meal with a HCP may not exceed USD 125 per person inclusive of tax, beverage, and gratuity."

  ○ The lack of data accuracy with respect to the number of attendees results in a calculation of expenses per attendee that cannot be confirmed.

• Non-compliance can impact effectiveness in achieving the objectives of the speaker events in delivering product messages as well as cost efficiencies and potential reputation perceptions.

RECOMMENDED ACTION (for > USD 125 meal cost row):
• Establish planned Concerto Reports for modest meal policy monitoring.

MANAGEMENT COMMENTS:
**IN CHARGE**   **DUE DATE**<br>Dir, Ethics & Compliance  31 May 2008

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

**Novartis Internal Audit**

Novartis Pharmaceuticals Corporation, USA

CONFIDENTIAL

**AUDIT REPORT**

**Report No 2007/46**

Page 4 of 11

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS | |
|---|---|---|---|---|
| **1.2**<br><br>Relevance<br><br>DIVISION<br><br>Significance<br><br>HIGH | **Events Oversight Committee (EOC)**<br>EOC's charter is "to review proposals for Novartis "Events" and projects involving payment or other remuneration to healthcare professionals to ensure compliance with regulatory guidelines and requirements."<br><br>Non compliance to EOC<br>• While we did not find any EOC non compliance in our limited testing of 9 events for honoraria paid for speaker trainings, management informed us of one case of non compliance. The brand team did not comply with EOC approval as specified in the Event Approval Form (EAF) where the following deviations were identified:<br>  o  6 faculty were approved by EOC however 7 faculty were invited and reimbursed and<br>  o  an honoraria amount of USD 2'500 per faculty was approved by EOC however USD 3'000 was paid.<br>• The lack of a thorough understanding of the EOC governance role by the responsible brand team resulted in executing a different variation of the activity without seeking re-approval.<br>• Without proper oversight within the brand teams about implementing activities in accordance to approvals, adherence cannot be assured. Also, non compliance can occur if EOC charter is not reinforced through training and communication.<br><br>EOC monitoring activities<br>Monitoring (follow-up) is not specifically included as a responsibility in the EOC charter.<br>• Since January 2006, EOC did not receive 108 (25%) revised EAFs from the brand teams, prior to event execution. Nearly all EAFs are modified due to the unique nature of each event. | • Business users should:<br>  o  commence a process ensuring adherence to EOC approvals,<br>  o  comply with the approval provided by EOC when executing the program, and<br>  o  obtain re-approval from EOC, if there are any potential deviations.<br><br><br>• EOC should:<br>  o  establish clarity on where monitoring activities belong (e.g., EOC or other bodies) and establish an effective monitoring program and<br>  o  develop a SOP to incorporate the ac- | **Agreed**<br><br><br>**IN CHARGE**<br>VP Marketing<br><br>Dir Commercial Ops & compliance, Onc<br><br><br><br><br><br><br><br><br><br><br><br>**IN CHARGE**<br>Dir, Ethics & Compliance | **DUE DATE**<br>30 Jun. 2008<br><br>30 Jun. 2008<br><br><br><br><br><br><br><br><br><br><br><br>**DUE DATE**<br>31 May 2008 |

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT00194923

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 5 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS | |
|---|---|---|---|---|
| | • Of the revised EAFs received back from the brand teams, 14 were not signed by a brand director as required by the EOC standards.<br>• EOC does not consistently review the EAF revisions. No criteria are established to determine the basis of selecting the revised EAF for this review.<br>• Only 2 events were reviewed by the EOC in 2006, no additional monitoring activities are conducted.<br>EOC SOP<br>• EOC's activities are outlined in the EC website and EOC's desk manual. However, existing documentation needs clarification regarding any EOC review process and steps to be taken when an event is approved with changes.<br>There is an ongoing Policy Revisions Project.<br>Education Services<br>• The Oncology business unit established a non mandatory pre-screening of EOC submissions (EAF and appendices) which are being performed by an EOC member. | tivities carried on by the EOC to address any operational items not captured in the Policy Revision Project; specifically address the following:<br>▪ reinforce the EOC charter to obtain full understanding of their governance role,<br>▪ establish criteria determining the basis of selecting revised EAFs for review,<br>▪ establish notification process to advice management of unsigned EAFs and EAFs not submitted prior to event date, and<br>▪ consider universal guidelines to address situations where pre-screening service is provided by a member of the deciding body. | | |
| **1.3**<br>Relevance<br>**LOCAL**<br>Significance<br>**MEDIUM** | **Fair Market Value (FMV)**<br>• Honoraria for sales executed events are suggested by the FF representatives based on historical data for establishing FMV and are approved by the relevant district manager. In contrast, honoraria for marketing executed events are submitted to EOC for assessment.<br>It is desirable to have a process based on independent or other external references that is used across the organization.<br>Management informed that a project is underway whereby honoraria will be based on the FMV from external references. | • Complete the project already underway and ensure honoraria payments are based on the FMV analysis. | **Agreed**<br><br>**IN CHARGE**<br>VP, Ethics & Compliance<br><br>Dir Commercial Ops & compliance, Onc<br>Dir. Sales Ops, Onc | **DUE DATE**<br>Promotional<br>31 Mar. 2008<br>Consulting<br>31 Aug. 2008<br><br><br>As above |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

NPCLSV_LIT00159234

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 6 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS | |
|---|---|---|---|---|
| **1.4**<br><br>Relevance<br>**LOCAL**<br><br>Significance<br>**MEDIUM** | **Speaker annual honorarium cap management**<br>• For the annual honoraria cap management, there is no assurance that all spend information is available to Sales-Event Management in an accurate and timely manner.<br>• Novartis Event Central (NEC) data did not include honorarium for 1'270 completed and in house organized events in 2006 and 2007, where a minimum of USD 1'000 was incurred. The Sales-Event Management department was not able to confirm during the audit that no honorarium payments were made for these events. | • Investigate and identify root cause for detected events where no honoraria were recorded.<br>• Better manage speaker commitments to avoid speaker exceeding annual honorarium caps and improve the process of blocking affected speakers. | **Agreed**<br><br>**IN CHARGE**<br>Dir, Event Mgmt | **DUE DATE**<br>31 May 2008 |
| **1.5**<br><br>Relevance<br>**LOCAL**<br><br>Significance<br>**MEDIUM** | **NEC and Gelco**<br>• NEC and Gelco are separate systems where event related expenses are manually entered by the FF. The T&E sample of 18 was selected to validate and evaluate the accuracy of the NEC data, which revealed following:<br>  o 10 reports were not provided by the auditee due to time constraints,<br>  o 4 reports did not list the names of the attendees,<br>  o 7 reports had different number of participants compared to NEC, and<br>  o 4 reports had different meal expenses compared to NEC.<br>• It is not mandatory for actual spend to be individually identified by the FF to close out an event in NEC. No detail analysis of actual T&E spend against the estimates can be performed. Monitoring of spend against estimates is performed by Sales-Event Management on an aggregate basis.<br>• 22 events, which took place in 2006, are not closed out up to date by the FF. For such events no honorarium payments can be made. Due to lack of data provided to us for testing, we were not able to conclude if actual honoraria were paid out. | • Ensure data quality for management purpose as well as aggregate spend reporting.<br>• Ensure accountability for accurate reporting/data input by the FF.<br>• Ensure accuracy of data and honorarium paid out when due and event is closed.<br>• Ensure proper implementation of the planned AHM project and Concur. | **Agreed**<br><br>**IN CHARGE**<br><br>**For NEC/AHM**<br>Dir, Event Mgmt<br><br>**For Concur**<br>Manager, T&E | **DUE DATE**<br><br>30 Jun. 2008<br><br><br>30 Jun. 2008 |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

NPCLSV_LIT00194923S

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 7 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS | |
|---|---|---|---|---|
| | Management informed that both systems (NEC and Gelco) will be replaced with an integrated planning and T&E systems (Concur and AHM) by early 2008. | | | |
| **1.6**<br><br>Relevance<br>**LOCAL**<br><br>Significance<br>**MEDIUM** | **Speaker Training (ST) process**<br><u>Approval of speaker nomination list</u><br>• For ST events, there is no formal approval of the final speaker nomination list. There is a rigorous selection process that takes place, where the FF personnel play a key role in collaboration with the brand personnel in determining this list.<br>• Clear accountability of the selected speakers is not evident without a formal approval. Since this is a joint responsibility between sales and marketing, accountability will ensure agreement between these stakeholders resulting in optimal resource management, including speaker utilization. | • Commence a formal approval step for speaker nomination list ensuring accountability with FF and brand. | **Agreed**<br><br>**IN CHARGE**<br>Exec Dir, Mktg Excellence<br><br>Dir Commercial Ops & compliance, Onc | **DUE DATE**<br>31 Jan. 2008<br><br><br>31 Jan. 2008 |
| | <u>ST evaluations</u><br>• Evaluation of the trainees' understanding of the ST provided is not consistently conducted.<br>Certain events where highly specialized speakers are used (e.g. Oncology) may not require evaluations while in other cases (e.g. Cardio Vascular) it may be necessary to conduct these evaluations.<br>• Without determining first that the ST program requires an evaluation, time and effort in conducting such evaluations may be wasted. Also, a clear need for an evaluation can justify the appropriate resources invested in the activity.<br>While feedback is obtained from the FF regarding the practical performance of the speakers, this type of assessment is ineffective because the speaker may have already delivered the message inaccurately. | • Determine whether ST program requires a trainee evaluation on the subject matter.<br>• Conduct trainee evaluations based on this determination. | **IN CHARGE**<br>Exec Dir, Mktg Excellence | **DUE DATE**<br>31 Jan. 2008 |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Novartis Internal Audit**                          CONFIDENTIAL                          **Report No 2007/46**

Novartis Pharmaceuticals Corporation, USA            **AUDIT REPORT**                     Page 8 of 11

| **DETAILS OF OBSERVATIONS** | | | |
|---|---|---|---|

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS |
|---|---|---|---|
| | **Verification of ST attendance** <br> • Verification of ST attendance records is not being conducted. After each training is completed, the third party logistics vendor populates the Speaker Central (SC) to update attendance records using the attendance sign in sheets. These attendance sheets are not forwarded to Novartis. <br> • A lack of verification by the unit may result in data inaccuracies in the SC going undetected. This data is important because it is one of the key sources used for future speaker selections and Concerto reporting. <br> The SC database will be replaced by the AHM' systems in Q4 2007. | • Sales Operations verify on a random basis, the attendance entries made in SC (in future, AHM) database. <br> • As evidence, retain the attendance sign in sheets used to perform the verification. | **IN CHARGE**   **DUE DATE** <br><br> Dir, Event Mgmt   30 Jun. 2008 |
| **1.7** <br> Relevance <br> **LOCAL** <br><br> Significance <br> **MEDIUM** | **ST Standard Operating Procedures (SOP)** <br> • While SOP are not present for ST across NPC, for General Medicines a project team has been established which has outlined the ST process flow and prepared SOP that are ready to be approved and rolled out. <br> • While the ST process is decentralized at the brand level it has certain consistent sub-processes. These include, initial planning of the project, speaker selection, developing the speaker training content, delivering the speaker training and, finally, ST and trainee evaluations. At certain junctures in the process, formal approvals are required from committees such as EOC and Promotional Review Committee (PRC), the content approving body, in addition to continuous reviews by brand and sales teams. Thus, a lack of documented procedures identifying roles, responsibilities, applicability, approval, and adherence requirements in this detailed process can result in inconsistency and non-adherence to rules and regulations. | • Roll out SOP for General Medicines in accordance to CV plan ensuring clarity on: <br>    o the process, <br>    o roles and responsibility, <br>    o accountability and applicability, and <br>    o approvals. <br><br> • Oncology should evaluate and consider adopting the General Medicines SOP or develop their own versions. | **Agreed** <br><br> **IN CHARGE**   **DUE DATE** <br><br> Exec Dir, Mktg Excellence   31 Jan. 2008 <br><br><br> **IN CHARGE**   **DUE DATE** <br><br> Dir Commercial Ops & compliance, Onc   31 Mar. 2008 |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT00194923B

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 9 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS |
|---|---|---|---|
| **1.8**<br><br>Relevance<br>**LOCAL**<br><br>Significance<br>**MEDIUM** | **Services rendered before contract and Task Order (TO) execution (Oncology)**<br><br>In a test of June 2007 accrual of USD 1.468 million, we noted the following vendor issues:<br>• Edelman rendered services for USD 264 k prior to the contract was executed.<br>• Agency Rx rendered services for USD 279 k prior to the TO was executed.<br><br>The accruals were properly recorded for the above items.<br><br>TO outlines the timing and details of the services to be received from the vendor along with the milestones. Without valid contracts and TO, there is a risk that the agreed services may not be provided by the vendors. | • Ensure contracts and TOs are executed before receiving services from the vendors. | **Agreed**<br><br>**IN CHARGE**    **DUE DATE**<br>VP, Marketing, Onc   31 Dec. 2007<br>Exec. Dir. Finance,<br>Onc |
| **1.9**<br><br>Relevance<br>**LOCAL**<br><br>Significance<br>**LOW** | **Unique reference number and retention policy**<br>• A specific retention policy for brand teams is not in place for ST documents (e.g. slide kits). Documents are maintained by the departments in accordance to their own judgment and vary on a case by case basis. As a result, there are inconsistencies within brand teams where either document is retained in duplication or at times not available. There is no assurance that the final version of documents is retained without this retention guidance.<br>• A single unique reference numbering system is not in place, across databases and systems, which facilitates the ST process and other EOC approved events. For example, EOC utilizes the date and title for its recordkeeping, PRC utilizes a Protocol Review Tracking System (PRTS) number, SC utilizes a system generated number, and financial systems such as PAWS and SAP use the project number and the internal order number. Lack of a single identifier across these systems prevents traceability of approvals and documents in an efficient manner. | • Establish a retention policy for brand teams to archive ST documents.<br>• Evaluate a unique identifier for ST events upon initiation.<br>  ○ This number can be recorded on relevant documents for ease of cross-reference and clarity in processing events.<br>  ○ Evaluate the feasibility of automating this cross-referencing in the relevant systems.<br>• Evaluate unique identifier for other EOC approved events. | **Agreed**<br><br>**IN CHARGE**    **DUE DATE**<br>Exec Dir, Mktg Excellence   30 Jun. 2008<br><br>Dir, Marketing Excellence, Onc   30 Jun. 2008 |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

| Novartis Internal Audit | CONFIDENTIAL | Report No 2007/46 |
|---|---|---|
| Novartis Pharmaceuticals Corporation, USA | **AUDIT REPORT** | Page 10 of 11 |

## DETAILS OF OBSERVATIONS

| # | OBSERVATION | RECOMMENDED ACTION | MANAGEMENT COMMENTS |
|---|---|---|---|
| **1.10**<br><br>Relevance<br>LOCAL<br><br>Significance<br>LOW | **Meeting planning services**<br>• There is no single point of contact for the logistics vendors for coordination with the various brands to ensure following:<br> o effective and timely communication,<br> o vendors are awarded business based on their capacity, and<br> o feedback is consistently collected.<br>All events are already recorded in Meetings Operations Center database, which would facilitate summarization for an oversight and coordination function, which could also assist in improving program project management in regards to vendor utilization. | • Establish single point of contact in Business Support Services to evaluate vendor capacity issues and manage performance on an ongoing basis.<br>• Establish quarterly meetings to conduct supplier performance reviews, forecasting and capacity planning. | **Agreed**<br><br>**IN CHARGE**　　**DUE DATE**<br>Ex Dir, Bus Support　31 Mar. 2008<br>Services |
| **1.11**<br><br>Relevance<br>LOCAL<br><br>Significance<br>LOW | **Reporting validation and consistency**<br>• Internal Audits and EC department compared the prototype Concerto reports detailing attendee counts between Report Central and Concerto at speaker events and identified differences which could not be explained during the course of the audit. | • Identify the root cause of differences in Report Central and Concerto and ensure accurate reporting of attendee data in both. | **Agreed**<br><br>**IN CHARGE**　　**DUE DATE**<br>Dir, Ethics & Compliance　31 Mar. 2008<br>Dir, Event Mgmt |

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.

NPCLSV_LIT00139492239

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

## SIGNIFICANCE RANKING SCALE

The overall principle is that 'significance' is based on:

- materiality in relation to the unit being audited (usually local)
- the auditor's judgment of (1) the importance of the observation and (2) the priority which management should give to ensuring corrective action.

Accordingly, each observation is classified as follows:

**HIGH**   High significance

(1)   significant control deficiency
(2)   significant impact on the unit's ability to achieve its business objectives
(3)   non-compliance with Group policies, the Novartis Financial Control or Accounting Manuals, unit/function manuals, code of conduct, corporate citizenship, laws and regulations (with severe consequences)
(4)   previous audit recommendation (for observations with "high" and "medium" significance) without adequate progress on implementation

**MEDIUM**   Medium significance

(1)   moderate control deficiency
(2)   moderate impact on the unit's ability to achieve its business objectives
(3)   non-compliance with Group policies, the Novartis Financial Control or Accounting Manuals, unit/function manuals, code of conduct, corporate citizenship, laws and regulations (without severe consequences)

**LOW**   Low significance

(1)   minor control recommendation or
(2)   minor opportunity for business process improvement

For all observations, management action plans with agreed due dates and owners are required. Local management should give priority to observations with "high" and "medium" significance. For these observations progress reports should be provided by management. All observations will be registered in Issue Track.

Progress made with regard to the agreed measures should be reported in the Issue Track database. In agreement with division management, the database should be updated regarding steps taken, progress made and completion dates. Division/Business Unit headquarters will monitor progress. In case of "unsatisfactory" opinions, follow-up audits will be conducted by Internal Audit.

## RELEVANCE RANKING SCALE

The classification is ultimately IA's judgment. It is based on quantitative and qualitative factors and IA's assessment of the level of awareness that should be raised.

The underlying principle is that each observation is communicated to the appropriate level in the organization. Therefore, each observation is ranked according to its relevance to each level of the organization as follows:

### GROUP

**Critical observations**: although not specifically classified as a separate category in the report, observations that require immediate top management attention because of profit impact greater than USD 10 million * or serious reputation should be treated as 'critical' **and therefore reported *immediately* to the ACC, Group CEO and CFO**. On the summary page of audit report it is indicated if critical observations have been detected.

(*The USD 10 million level is based on Pharma materiality and should be used as a reference only. Additional orientation is provided by the thresholds for SOX 302 reporting for each Division, which are included in the Disclosure Committee guidelines. IA may also judge that other items are to be treated as "critical" as for many control issues it is difficult to determine a specific monetary profit impact.)

**Other group issues:**

- observation with potential profit impact over USD 1 – 10 million.
- potentially serious reputation impact
- fraud or theft over USD 50'000
- serious cases of inappropriate behavior (violation of business conduct, non-compliance with Group policy, potential regulatory issue, intentional inappropriate financial accounting and reporting)
- previously reported Group or Division level observation not being adequately corrected
- any observation that in the judgment of audit management warrants Group involvement

Group observations are reported to the Division CEO and CFO, as well as to the Group CEO and CFO. The ACC is informed in the quarterly reports.

### DIVISION

- Observation with potential profit impact between USD 100'000 and 1 million
- Fraud and theft under USD 50'000
- Local observation not agreed by unit management
- Previously reported Local observation which is not being adequately corrected
- Any observation that in the judgment of audit management warrants Division involvement

Division observations are reported locally (as below), as well as to the respective Division and BU management.

### LOCAL

- All observations that do not qualify as Division or Group

Local observations are reported to local management, the respective region, as well as to the Internal Control Function and FRA of the respective Division.

Duplication of this report is forbidden without written consent from Internal Audit or the management of the audited unit.