# EXHIBIT 199

# Operationalizing
## The OIG guidelines
### JULY 28, 2003

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778114

# OIG
# Key Sections

- Integrity of data used to establish payment amounts (C. Weiner)

- Kickbacks and other illegal remuneration

- Compliance with laws regulating drug samples

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778115





Past Environment



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER



Environment
Industry Critics

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778117

New Environment

NPCLSV_LIT006778118

# A Different Environment

- Legal actions
  – TAP
  – Bayer
  – Schering Plough
  – Astra Zeneca
- Criminal Action
- Major Settlements/Fines
  – $1.3 Billion
  – $1.2 Billion in MA

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Susan Winkler
Asst. US Attorney
Boston, MA

(Video)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778120

# Management Expectations

- Comply with new guidelines

- Still drive sales

- Need for creativity within new environment
  - Template to pre-screen ideas

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778121

# Issues

- LCPs
- Grants/CME
- Gifts
- NCN
- Speakers programs
- Separation of functions
- Office of Compliance (Structure/resources)

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778122

# Issues (cont'd)

- Field force incentives
- Consistency of disciplinary action
- Preceptorships
- E-detailing
- Virtual detailing

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778123

# Taskforce Subgroups

- LCP's/Consultants/NCN:
  - Kathy B.,* Susan L., Doug S., Steve S., Melissa G., Jay S.

- Grants/CME:
  - Cindy C.,* Bob D., Joanne M., Marty P., Ann R.

- Gifts:
  - Chuck S.,* Ed C., Frank A., Soma G

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Other sub-teams

- Speakers programs:
  – Sue L.,* Frank A., Joanne M., Ed C., Kathy B., Cindy C.

- Separation of functions / Office of Compliance (structure/resources):
  – Ann R.,* Bob D., Marty P., Steve S., Melissa G.

- Field force incentives / Consistency of disciplinary action:
  – Jay S.,* Soma G., Sam G., Doug S., Chuck S.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778125

LCP's/Consultants/NCN

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778126

# Local Consultancy Program Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| Local Consultancy Program<br>• Pay Honorarium<br>• Field Involvement | Discontinue LCP type programs as of 8/31/03 | August programs have already been contracted and invitations sent |
| Advisory Boards<br>• Pay Honoraria<br>• No Field Involvement | • Established need<br>• Limited numbers of attendees<br>• No Field Involvement | • Ongoing feedback needed<br>• Approved/Monitored through Event Oversight |
| No centralized approval<br>For field and marketing programs | • Establish Events Management Team<br>• Establish Oversight for field events to insure compliance | • Centralize approval process<br>• Provide oversight and monitoring and auditing function |


NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778127

# Ad Boards

- To be approved centrally; no longer by Core Team – ensures consistency

- Subgroup – Define legitimate purposed for ad boards

  – Kathy B                   -Jerry W
  – Soma G                    -Doug S.
  – Chuck S                   -Joanne M
  – Steve S

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER                          NPCLSV_LIT006778128

Grants/CME

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778129

# Grants/CME Final Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| Grants <$10K approved by Sales Management | All Grants to be approved by Healthcare Compliance | Separate Grant making from Sales & Marketing (OIG) |
| Grant check may be delivered by representative | • Send check directly to grant recipient<br><br>• Notify representative for administrative purposes (e.g., mis-routed check) | Separate Grant making from Sales & Marketing (OIG) |
| No Tracking/Validation tool for grant issuance/ contract negotiation timing | Establish/utilize tracking tool to ensure grant issuance does not coincide with contract negotiations | Risk of Anti-kickback, Fraud & Abuse, Best Price concerns (OIG) |



() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778130

# Grants/CME Final Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| No formal Compliance audit/monitoring process | Corporate Compliance to monitor | Basic Compliance Elements (OIG) |
| No monitoring tool for total grant funds issued to same recipient | Establish multiple-site customer roll-up identification and system to track total grants issued | Potential risk area for payments to physicians (OIG) |
| ACCME Provider in Good Standing and Federal Exclusion List not addressed | Modify Letter of Agreement to contain certification | Comply with ACCME and Federal standards |

ḋ NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Grants/CME Final Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| Reconciliation/recovery post-Grant not pursued | • Request reconciliation at program end for all CME (and for non-CME as needed)<br>• Establish criteria to engage vendor to recover (e.g., programs over $xxK) | ● Letter of Agreement stipulates expense reconciliation<br>● Fiscal responsibility (benchmarking 3-5% recovery)<br>● Unspent funds often reside with Third Party<br>● Anti-kickback concerns |
| Grants processed throughout Novartis units and distinct applications | Short-Term: Refine and clarify roles for each unit<br>Mid-Term: Evaluate centralized processing/ payment | ● Consistent guideline implementation & report monitoring<br>● Productivity enhancement<br>● Better control over grant/ contract negotiation timing (OIG) |
| Approval signing levels not enforced | Adhere to established authority signing levels | Follow Novartis Standards |

 NOVARTIS

Gifts

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778133

# Gifts - Final Recommendation

Review, Revise and Re-issue PhRMA code guidelines

- Current guidelines appear to be still relevant

- Slight modifications recommended

  — Simplify language and provide more specific examples of appropriate/inappropriate behavior
     (e.g. baby gift purchase, medical textbook purchase by reps)

- May be sending mixed messaged - Perf. Frontier behavior support building relationships?

- Business as usual

- How do we monitor & audit?

  — Monitor on the brand level

  — Create website of approved educational material

() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Speakers programs

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778135

# Speakers
## Current Situation

– Some/limited definition of guidelines and process regarding:

  – Speaker nomination/qualification
  – Speaker training
  – Speaker programs

– Standard speaker agreements and process to register speaker events in NEC & Speaker Bureau

– No Speaker Compliance Review committee

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778136

# Agreement on Approach to Speakers

**After initial training and evaluation, if mutual agreement to speak:**

- **Agreement signed & slides provided; profile in Speaker Bureau database; registration for KOL slide delivery system**

- **Key Novartis person assigned/responsible for using speaker and providing evaluation every time speaker is used**

- **Attendees at speaker programs should evaluate speakers**

- **Evaluations should be utilized to ensure quality of speaker programs**

**Local Speakers with high speaking skills who also meet criteria to become a Regional Speaker may be nominated by DM/ASM with oversight by next level management**

**Regional Speakers may be nominated for National status by RD/RSD or Brand**


NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Agreement on Definition of Speaker Program

**Current NEC Definitions:**

**Speaker Program** - promotional event in which a Novartis approved speaker utilizes a Novartis provided slide kit as the basis for his/her presentation. The speaker is compensated for his/her services in the form of an honorarium. The attendees are not compensated. **Note:** May have many other <u>descriptive</u> names (Peer to Peer, Summit, Clinical Experience Program, etc.)

**Proposed additions to clarify:**

Must have Core Team approved slide kit.

Must have approved Topic & Structure/Format.

**Roundtable Event** - field-based promotional event in which there is no speaker, and as a result, no honorarium. **Note:** Roundtable is often used to describe a speaker program, as well. Name should be changed to be clear.

() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Definition of Speaker Program- Open Questions

**What "Formats" are acceptable?**

- **# Required attendees at Program?**

- **1:1 presentation?**

- **1:1 Presentation by phone?**

  To be further discussed at upcoming sub-team meeting

- **Speaker tours?**

- **Require attendee evaluations?  What would we do with them?**

**Payment of honoraria to speakers:**

- Depends on speaker expertise and "tier"

- Depends on type of speaking engagement

- Model proposed but not completed

() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Recommendations

- Implement new guidelines regarding Nomination, Training and Monitoring of Speakers and Speaker programs, including:

  • Appropriate roles in Field, Brand, CDMA for Local, Regional and National Speakers

  • Appropriate guidelines on honoraria for training & speaking

- Increase emphasis on scientific content and refreshing of program content to ensure physician interest in programs

- Make any NEC changes required to reflect/implement guidelines

- IT Speaker Bureau system upgrade required

- KOL (enterprise-wide) slide delivery system should be built

- Implement Speaker Bureau Compliance Review process

- Consider/review alternate types of program delivery & training, including technology solutions

- Monitor utilization through regular reporting to identify unusual situations and trigger review and action by Speaker Compliance Review group.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Speaker Sub-Group

- Define acceptable speakers programs:
  - Jerry            -Marty
  - Jay              -Kathy
  - Steve           -Susan

  cc:Joanne         w/o 7/21

# Separation of functions / Office of Compliance

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778142

# Compliance Function

- Separation of sales/marketing from:
  - Educational Grants
  - Research Grants
  - CME
- Ensure overall compliance
- Audit
- Hotline

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778143



# Compliance Network Members

## NPC Compliance Committee

EC

Compliance Network

Legal Advisors:
Steve Sokolow
Conna Weiner

Compliance Officer, Chair

| Internal Audit & Finance | Mkt Ops | Sales Ops | Managed Markets | Samples | HIPAA | Gov't Pricing | Security | Corp Citizenship |
|---|---|---|---|---|---|---|---|---|

Frank Unger
Nick Smith

Marty Putenis
Susan Levinson

Kathy Bronshtein

??

Dave Carver

Joan Antokol

Rich Hooten
Sara Oxner

Mark Hennion

Michele Galen

Include Later:
Oncology
Transplant
Ophthamology
Medical Affairs
Pharma Ops
R&D

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# NPC Compliance Committee
## Proposed Members

- Members:
- CEO – Chair
- General Counsel
- HR Head
- CFO
- Head Public Affairs
- Head Communications
- Compliance Officer - secretary

- Guests:
- Head of Sales
- Head of Commercial Operations
- Head of Commercial Development
- Head of R&D
- BU Heads
- Head Pharma Ops
- Head of IT

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778145

# Field force incentives / Consistency of disciplinary action

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778146

# Incentives/Consistency of Disciplinary Action

- We must ensure we have no specialty on the call plan that could only use a product off-label

- HR – review disciplinary guidelines:
  - Consistency
  - Clear guidelines

- Contests can only focus on approved uses

- OIG Training for Sales & Commercial Ops

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778147

# Incentives/Consistency of Disciplinary Action

- Incorporate promotional policies into training.

- Look into policy/process for "add-ins" to target docs.

- Include Fraud & Abuse into disciplinary guidelines.

- Educate employees on responsibility to report non-compliant behavior

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Preceptorships

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778149

# Preceptorship Final Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| Brand may take the lead on Preceptorship development | All Preceptorships to be developed by Sales Training | Further separation from Sales & Marketing (OIG) |
| No knowledge base/learning needs validation | Establish Preceptorship attendee validation criteria (questionnaire) | Guide Preceptorship quantity to validated, unique learning experiences (OIG) |
| No formal Compliance audit/monitoring process [Preceptorship Oversight Committee = Legal, Marketing, Sales Training, Sales Operations] | Add formal Compliance monitoring | Basic Compliance Elements (OIG) |


() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Preceptorship Final Recommendations

| Current State… | Recommended… | Rationale… |
|---|---|---|
| No Guidelines to define relevant Individual Preceptorships | **Limit to:**<br>• New hires<br>• New Therapeutic Category or New Physician Specialty<br><br>**Cease for:**<br>• Line extensions<br>• New indication, same category<br>• New product, same category<br>• New positioning and/or competitor activity | **Guide Preceptorship quantity to validated, unique learning experiences (OIG)** |
| Group Preceptorships not heavily explored | **Pursue Group Preceptorships whenever possible (maintain Centers of Excellence)** | **OIG considers Individual Preceptorship arrangements to be a risk area for fraud and abuse** |

() NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Preceptorship Final Recommendations

| Current State... | Recommended... | Rationale... |
|---|---|---|
| Preceptorship budgets reside with Brand | Preceptorship budgets to reside within Sales Training | Further separation from Sales & Marketing, and, promotional $ (OIG) |

NOVARTIS

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Seek OIG Opinion

- E-detailing
- Virtual detailing

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778153

It's a Brave New World

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT006778154