# EXHIBIT 201

| | |
|---|---|
| **From:** | Jeff Benjamin [CN=Jeff Benjamin/OU=GP/O=Novartis] |
| **Sent:** | Tuesday, November 06, 2007 5:19:21 PM |
| **To:** | Brian Reeve; Christian Danis; Greg Tole; James Donegan; Julie Kane; Meghan_Leader@chiron.com; Paul Leger; Scott Chyatte; Stuart Kruger; Tim@gnf.org; Patrik Florencio |
| **CC:** | Amy Greenberg; Barry Rosenfeld; Bob Gines; Conna Weiner; Dan Ostergaard; David Tolman; Dorothy Watson; Elizabeth McGee; George Miller; James Maewsky; Jim Robinson; Joe Kulak; Linda Rubino; Marc Payne; Martin Henrich; Michael Shaw; Ross Volk; Scott Meece; Sean Reilly; Sheldon Jones; Steve Sokolow; Thomas.Kendris@novartis.com; Thomas Wellauer; Thomas Werlen; Mark.Dizon@novartis.com; karen.richards@novartis.com; ann.bacon@novartis.com; Pamela McKinlay; Marc Payne; Mark Hennion; Paulo Costa; Lynne Delisi; Robin Adelstein |
| **Subject:** | 2007 Annual Ethics & Compliance Report |
| **Attachments:** | ATTFI79B; ATT8WWE1; EandCRpt to Bd 110607-Exh.  2.doc; EandCRpt to Bd 110607-Exh. 3.ppt.zip; Scan001.PDF; Ethically Speaking - FINAL 10-24-07.pdf.zip; EandC-Nov07 BOD Report HBS.ppt.zip |

Set forth below are my (a) written 2007 Annual Ethics and Compliance Report to the Novartis Corporation Board of Directors (i.e. Dan Vasella, Paulo Costa, Jorge Rheinhardt, Thomas Ebeling,Joe Jimenez, Raymund Breu, and Fred Meyers) including exhibits, and (b) oral power point presentation which I reviewed with the Board today.  In the written report you will note that I have emphasized two major issues of concern:  the increasing pressure our associates will likely be under as a result of the adverse and unexpected developments of 2007 and the persisting issue of trust in the credibility and fairness of our managements.

With respect to the written portion of the report, you may also want to pay special attention to encouraging associates to achieve 100% certifications and as close to 100% interactive course completions as is practicable.  During the oral presentation, I elaborated on the Harvard Business School Survey data and, among other things, displayed the variation among our U.S. companies across dimensions where we did not do so well.  I retained the identities of those companies confidential, but indicated that each of you knew which company belonged to you and that you would be briefing your respective CEOs.  All of them were present at the meeting, and took with them copies of the written report and the PPTs. The PPTs also reflect some of our initiatives in the 4th quarter of this year and first quarter of next.  Note, I set forth as an activity in the first quarter, providing feedback to our CEOs of the results of the Code of Conduct Survey now underway, together with any further analysis of the Harvard Survey.  Hopefully by that time we may have some data from other companies.

Thank you for your assistance in preparing this course and preparing me for possible questions about subjects that I did not address affirmatively.  As ever, I welcome your thoughts and suggestions.

Annual Ethics & Compliance Report to the Board of Novartis Corporation (Written Portion)

<<Missing Image>>

Exhibits


[KO_Objct_Attchmnt_Plchldr]   [KO_Objct_Attchmnt_Plchldr]    [KO_Objct_Attchmnt_Plchldr]
[KO_Objct_Attchmnt_Plchldr] Ex 4 [KO_Objct_Attchmnt_Plchldr] Ex 5

Annual Ethics & Compliance Report to the Board of Novartis Corporation (Oral Presentation - PPTs)

[KO_Objct_Attchmnt_Plchldr]

Kind regards,

Jeff Benjamin
Vice President and
General Counsel Litigation
Ethics & Compliance Officer
Novartis Corporation
608 Fifth Avenue
New York, NY 10020
Tel:   212 830 2466
Fax: 212 830-2404
Email:   jeff.benjamin@novartis.com

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT007057675