# EXHIBIT 202

# Annual Ethics and Compliance Report to the Board

Jeff Benjamin

Novartis Corporation Board of Directors Meeting

November 6, 2007



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LIT007057690

# Harvard Business School ("HBS") Survey

- Administered in US in February 2007

    - all Novartis Companies except NNC and V&D

    - have since eliminated effect of Gerber and Gerber Life

- Seeks associates' perceptions comparing

    - how Company <u>should</u> be performing, vs

    - how Company <u>actually</u> performs

- Survey focuses on the <u>Gap</u> between Should and Actual
- Average gap = 0.60 (US companies)*

\* For Novartis AG (ex US) the average gap was 0.81. Consistent with other research, senior executives perceive smaller gaps than middle or non-management employees.



# Summary of HBS Aggregate Results

- By stakeholder, largest gaps concern employee-related standards
  - Responsiveness to employee suggestions
  - Open and honest communications with employees
  - Fair and reasonable compensation
  - Developing employee skills and knowledge
  - Dealing fairly with all parties
  - Honoring promises and agreements
  - Abstaining from retaliating against employees who report violations

- By principle, largest gaps relate to keeping commitments, fairness and responsiveness to others



NPCLSV_LIT007057692

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Summary of HBS Aggregate Results (Cont'd)

- Smallest gaps
  - Refraining from coercive labor practices
  - Timely payment of tax liabilities
  - Security personnel respecting international standards on the use of force
  - Non-involvement in bribery
  - Refraining from insider trading

NPCLSV_LIT007057693
CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# HBS Illustrative Gaps

| Company<br>----------<br>Question | Novartis – US<br>Composite | Novartis AG<br>(ex US)<br>Composite |
|---|---|---|
| Avg. Gap | 0.60 | 0.81 |
| Abstain from retaliation | 0.96 | 0.96 |
| Respond to employees' suggestions | 1.71 | 1.72 |
| Communicate openly w/ employees | 1.31 | 1.54 |
| Deal fairly with all parties | 1.06 | 1.32 |
| Honor Promises & Agmt.'s | 1.06 | 1.34 |
| Abstain from using forced or child labor | 0.09 | 0.26 |
| Observe applicable laws & regs | 0.30 | 0.50 |



## HBS Illustrative Gaps

| Company / Question | Novartis – US Composite | CO. 1 | CO. 2 | CO. 3 | CO. 4 | CO. 5 | CO. 6 | Novartis AG (ex US) Composite |
|---|---|---|---|---|---|---|---|---|
| Avg. Gap | 0.60 | 0.59 | 0.61 | 0.58 | 0.63 | 0.42 | 0.60 | 0.81 |
| Abstain from retaliation | 0.96 | 0.98 | 0.94 | 0.93 | 0.54 | 0.94 | 0.96 | 0.96 |
| Respond to employees' suggestions | 1.71 | 1.75 | 2.00 | 1.51 | 1.73 | 1.17 | 1.71 | 1.72 |
| Communicate openly w/ employees | 1.31 | 1.20 | 1.69 | 1.36 | 1.35 | 0.83 | 1.31 | 1.54 |
| Deal fairly with all parties | 1.06 | 1.08 | 1.25 | 0.81 | 1.00 | 0.32 | 1.06 | 1.32 |
| Honor Promises & Agmt.'s | 1.06 | 1.03 | 1.25 | 1.02 | 0.88 | 0.56 | 1.06 | 1.34 |
| Abstain from using forced or child labor | 0.09 | 0.06 | 0.13 | 0.05 | 0.00 | 0.00 | 0.09 | 0.26 |
| Observe applicable laws & regs | 0.30 | 0.28 | 0.12 | 0.28 | 0.54 | 0.29 | 0.30 | 0.50 |



NPCLSV_LIT007057695

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Illustrative 4th Quarter 2007 Initiatives

- 4th Quarter 2007

    - NPC Live Training for Senior Management
    - Complete Live Training for Novartis Corporation Associates
    - Live training in other subsidiaries
    - Ethics & Compliance Officers Meeting
    - Launch <u>Ethically Speaking,</u> Quarterly Publication
    - Code of Conduct Survey (6000 plus U.S. Associates)
    - Meeting re BPO-Legal-Compliance collaboration
    - Selection of 2008 Interactive Training Courses
    - Ethics & Compliance Audit Committee Meeting
    - Independent Assessment of Ethics & Compliance Program

# Illustrative 1st Quarter 2008 Initiatives

- ## 1st Quarter 2008

  - Obtain final 2007 interactive training results
  - Roll-out of new interactive training program
  - Analyze results of Novartis Code of Conduct and HBS Surveys
  - Brief company managements re Survey results
  - Ethics & Compliance Audit Committee Meeting
  - March Ethics & Compliance Officers Meeting
  - Discussion re integrating U.S. and International Codes of Conduct
  - Begin revision of U.S. Code of Conduct and select title

