# EXHIBIT 211

| | |
|---|---|
| **From:** | Brad Bucci [CN=Brad Bucci/OU=PH/O=Novartis] |
| **Sent:** | Tuesday, September 19, 2006 3:19:35 PM |
| **To:** | Claude Spears; Emily Trakas; Nicholas Anthony Gardecki; Tammy Corrie; Lynn Weatherhead; Cleveland Davis; Cory Wolfe; Elizabeth Goralewicz; Jackie Swann |
| **CC:** | Eileen Tallent; GMartin McGarry; Teresa Bennett; Joseph Cummings; Stephen Broas; Claiborne Leonard |
| **Subject:** | 2006 CV Speaker Utilization for current usable speakers and PTPs - as of 8 28 06 |
| **Attachments:** | Diovan-Lotrel   Planned-Completed Speaker Utilization 8 28 06.xls.zip; ATTKLNHO |

BP's,
Below is an analysis of the speakers that were trained during the CV speaker training process a few months ago. We still have alot of doctors that have not been utilized.   Take a look at the spreadsheet and compare the numbers for the doctors you are using versus those unused speakers, if the speakers numbers aren't growing, that may be a sign that we need to work on other docs. Our Speakers are paid consultants to speak on our products. We need to do a better job in leveraging these doctors to become advocates and prescribers of our products. Looking at the DAM report, I can probably pick out 95% of the Benicar speakers by their prescribing habits, not so much for Diovan.
<<Missing Image>>
Sincerely,

Brad Bucci
District Sales Manager
Ciba/Novartis
Charlottesville, VA
VMX: 13146
Cell Phone (973)- 220- 9221
Fax   (703)- 437- 4021

Passion + Focus + Consistency = Greatness
----- Forwarded by Brad Bucci/PH/Novartis on 09/19/2006 11:11 AM -----


    Robert Bullock
09/19/2006 07:54 AM

    To:    Brad Bucci/PH/Novartis@PH, Brad Scrivner/PH/Novartis@PH, Chris Warner/PH/Novartis@PH, Duane Cantey/PH/Novartis@PH, Edward Alexander Griffin/PH/Novartis@PH, Jeffrey LaHaise/PH/Novartis@PH, Mark Mitchell/PH/Novartis@PH, Rebecca Businda/PH/Novartis@PH, Kevin Hannan/PH/Novartis@PH, Maurice Oswell/PH/Novartis@PH, Tim Packard/PH/Novartis@PH, Susanf Murphy/PH/Novartis@PH
    cc:
    Subject:    2006 CV Speaker Utilization for current usable speakers and PTPs - as of 8 28 06

Team,

We are utilizing 2/3 of our potential speakers.   We are currently not using 1/3 of our potential speakers . . . Why ?   These the speakers we have recommended for speaker training.   Excellent Analysis below for your review.   It also shows the utilization of speakers across the Nation as well.

Let's get these physicians utilized to grow our CV Franchise !

Bob


    Robert S. Bullock, MBA
Ciba Novartis Regional Director
Novartis Pharmaceuticals Corporation

8000 Regency Parkway, Suite 400
Cary, North Carolina 27513
Phone: 1-888-678-8730
Fax: 1-919.467-7767
Email : robert.bullock@novartis.com
Web : http://www.novartis.com


----- Forwarded by Robert Bullock/PH/Novartis on 09/19/2006 01:31 AM -----


    Barry Goldberg
09/18/2006 04:39 PM

        To:    Christopher Esposito/PH/Novartis@PH, Cindy Patton/PH/Novartis@PH, Jaime Prada/PH/Novartis@PH, Jeff Collmar/PH/Novartis@PH, Robert Bullock/PH/Novartis@PH, Fred McClellan/PH/Novartis@PH, Scott Mills/PH/Novartis@PH, Richard Maiocco/PH/Novartis@PH
        cc:    Sue Prieskorn/PH/Novartis@PH, Jana Janzen/PH/Novartis@PH, Mary Lou Mumford/PH/Novartis@PH, Vicky Fanelli/PH/Novartis@PH, Gretchen Gipson/PH/Novartis@PH, Micaela Mathews/PH/Novartis@PH, Vicki Seidel/PH/Novartis@PH, Jay Smith/PH/Novartis@PH
        Subject:    2006 CV Speaker Utilization for current usable speakers and PTPs - as of 8 28 06

Attached please find CV Speaker Utilization for current usable speakers and PTPs as of 8 28 06.   This file identifies the Diovan & or Lotrel Trained speaker names, number of times already used, and number of times planned to be used in remaining programs currently in NEC.   Speakers are aligned with the territory in which their mailing address resides.   As such, the utilization numbers reflect total times the speaker has been used across all territories and sales divisions, whether locally or not.   However, since most trained speakers should be considered locally based, most of the programs have been conducted within the territory in which the speaker resides.

As you can see, we have over 11,000 CV trained speakers and PTPs nationally.   Of these speakers, more than 3500 speakers + PTPs, or 31%, have not been utilized or scheduled to conduct a program in 2006.   This number varies by region, however, the consistent theme is that we have trained a large number of speakers that have not been utilized.
Of the 3500 unutilized speakers + PTPs, 2600 are PTPs, resulting in 44% of the 6000 trained PTPs not yet utilized
Of the 3500 unutilized speakers, 1000 are speakers, resulting in 18% of the 5600 trained speakers not yet utilized

Please use this information with your teams to identify opportunities to better utilize all of our trained speakers through the balance of 2006.

Please let me know if you have any questions on this information.



[KO_Objct_Attchmnt_Plchldr]
Regards,
Barry Goldberg
Director of Operations
Ciba Novartis Sales Force
862/778-5286