# EXHIBIT 263

NPCLSV_LTT002210739

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

1

# *LOTREL / DIOVAN*

# *USMM – NPPM*

# *APRIL 5, 2005*





NPCLSV_LTT0022210740

2

# Agenda

CV Business Unit Performance Update

Diuretic Strategy Update

Referral Network Speaker Training

Race to a Billion Campaign

Field Force Sales Training Brief Overview





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

3

# *CV Performance Update*





NPCLSV_LTT002210741

CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LLT002210742

4

# Novartis Has Become the #1 In Hypertension in 2004

|  | MAT (9/03 – 9/04) Revenue (USD $) | % Growth Over MAT Sept 2003 |
|---|---|---|
| **Novartis** | 3.2  Bil | 12.8 % |
| Pfizer | 3.1  Bil | 2.0 % |
| AstraZeneca | 1.8  Bil | 9.6 % |
| Merck | 1.3 mil | 4.6 % |
| King (Altace) | 831.9 mil | 22.8 % |

Source: IMS National Sales Sept '04





CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

5

# NRx Growth Rates of Top Ten AHYs (MAT* 1/05)

*Lotrel has 5th fastest growth rate among Top 10*

| PRODUCT | NRx MAT (000s) | Growth |
|---------|----------------|--------|
| Norvasc | 11,864 | 7.2% |
| Toprol XL | 10,926 | 17.3% |
| Diovan/HCT | 8,171 | 17.8% |
| Cozaar/Hyzaar | 5,238 | 1.1% |
| Altace | 4,249 | 6.1% |
| Lotrel ** | 4,220 | 12.7% |
| Avapro/Avalide | 3,116 | 15.8% |
| Accupril/Accuretic | 3,006 | -25.3% |
| Benicar/HCT | 2,349 | 109.7% |
| Atacand/HCT | 1,243 | - 5.3% |

*MAT – 12 Month Moving Annual Total*

**Lotrel is close to passing Altace  in volume*





NPCLSV_LLT002210743

CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

# Vision:  Establish Lotrel As The Preferred Agent for Aggressive BP Lowering

6

**Where We Are**

**Where We Want To Be**

**#1 Fixed Dose Combo**

**#1 AHY For Uncontrolled Patients**

Brand Positioning:

Lotrel is the most effective AHY, w/ benefites of ACE-I

**SI 1**

**Educate physicians Lower is Better and Lotrel is the solution**

• **Referral network to increase advocates, support messaging, and move SOV**

•National / Regional CME

•**Integrated Mgd Care Pull-through using med ed, telemarketing, etc**

•KOL led teleconferences for PCP and Specialists

**SI 2**

**Increase Productivity in Lotrel loyalist base to drive growth**

▪ Increased promotional med ed speaker programs to top tier physicians

▪Special populations blitz kits to increase patient profiles appropriate for Lotrel

▪Increased samples targeted to top tier physicians

**SI 3**

**Execute PR and DTP programs with high conversion opportunities**

▪ **Joe Montana *Winning Combination* campaign integrated with BPSZ**

▪**HRN pharmacy newsletter to Lotrel and Norvasc patients**

▪BPSZ tactics targeted to treated, uncontrolled

**SI 4**

**Leverage clinical development to support strategy**

▪ Phase IV in initial therapy and use in diabetics

▪Data mining against Lotrel database and other available data

▪Compliance study to help support benefit and prepare for amlodipine patent expiration

NPCLSV_LTT002210744

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210745

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# AHY NRx Share through January '05



| | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Altace | 4.54 | 4.44 | 4.48 | 4.51 | 4.59 | 4.61 | 4.66 | 4.65 | 4.65 | 4.68 | 4.8 | 4.92 | 4.76 | 4.76 | 4.72 | 4.66 | 4.67 | 4.63 | 4.65 | 4.68 | 4.66 | 4.68 | 4.65 | 4.6 | 4.57 | 4.53 |
| Atacand/HCT | 1.64 | 1.65 | 1.58 | 1.57 | 1.56 | 1.56 | 1.58 | 1.57 | 1.54 | 1.52 | 1.48 | 1.49 | 1.5 | 1.45 | 1.44 | 1.42 | 1.41 | 1.4 | 1.41 | 1.39 | 1.36 | 1.35 | 1.33 | 1.3 | 1.28 | 1.22 |
| Avapro/Avalide | 2.88 | 2.9 | 2.97 | 3.03 | 3.06 | 3.03 | 3.12 | 3.15 | 3.16 | 3.19 | 3.2 | 3.2 | 3.26 | 3.26 | 3.28 | 3.28 | 3.31 | 3.32 | 3.37 | 3.4 | 3.46 | 3.48 | 3.5 | 3.53 | 3.49 | 3.41 |
| Benicar/HCT | 0.67 | 0.67 | 0.73 | 0.81 | 0.92 | 0.99 | 1.07 | 1.12 | 1.2 | 1.42 | 1.66 | 1.82 | 1.92 | 1.94 | 2.04 | 2.15 | 2.27 | 2.34 | 2.45 | 2.56 | 2.61 | 2.71 | 2.81 | 2.9 | 2.96 | 2.94 |
| Cozaar/Hyzaar | 6 | 5.96 | 5.96 | 6.05 | 6.08 | 6.11 | 6.14 | 6.12 | 6.08 | 6.04 | 6 | 5.97 | 5.97 | 5.87 | 5.85 | 5.84 | 5.83 | 5.79 | 5.75 | 5.75 | 5.68 | 5.62 | 5.61 | 5.55 | 5.42 |
| Diovan/HCT | 7.56 | 7.51 | 7.55 | 7.68 | 7.82 | 7.86 | 7.98 | 8.19 | 8.22 | 8.25 | 8.27 | 8.35 | 8.42 | 8.44 | 8.39 | 8.48 | 8.88 | 9.18 | 9.11 | 9.07 | 8.98 | 9.02 | 8.99 | 8.98 | 8.92 | 9.09 |
| Lotrel | 4.16 | 4.02 | 4.07 | 4.2 | 4.29 | 4.32 | 4.29 | 4.33 | 4.41 | 4.38 | 4.5 | 4.58 | 4.58 | 4.47 | 4.5 | 4.58 | 4.6 | 4.64 | 4.61 | 4.67 | 4.67 | 4.67 | 4.68 | 4.54 |
| Norvasc | 13.16 | 12.99 | 12.93 | 13.08 | 13.09 | 12.99 | 12.9 | 12.85 | 12.81 | 12.87 | 12.78 | 12.81 | 12.88 | 12.87 | 12.86 | 12.82 | 12.82 | 12.84 | 12.88 | 12.9 | 12.93 | 13.01 | 13.09 | 13.15 | 13.19 | 12.97 |
| Tarka | 0.31 | 0.28 | 0.28 | 0.3 | 0.3 | 0.32 | 0.34 | 0.36 | 0.36 | 0.35 | 0.37 | 0.36 | 0.37 | 0.39 | 0.41 | 0.41 | 0.41 | 0.42 | 0.43 | 0.45 | 0.46 | 0.47 | 0.47 | 0.47 | 0.47 | 0.44 |



**Source: IMS Dataview**



NPCLSV_LLT0022210746

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# AHY NRx Volume through January '05

8



| | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Altace | 321.5 | 332.6 | 327.4 | 333.5 | 318.5 | 326.9 | 356.7 | 332.2 | 358.9 | 359.8 | 342.6 | 375.7 | 351.2 | 336.1 | 354.5 | 348.4 | 349.7 | 348.6 | 351.4 | 353.9 | 363.6 | 371.4 |
| Atacand/HCT | 109.4 | 112.4 | 110.7 | 112.5 | 105.8 | 106.2 | 109.9 | 100.5 | 112.9 | 109.7 | 104.7 | 114.3 | 105.8 | 102.1 | 107.7 | 103.8 | 102.3 | 100.7 | 100.1 | 99.7 | 101.5 | 100.0 |
| Avapro/Avalide | 214.3 | 218.5 | 219.3 | 226.1 | 216.5 | 222.9 | 237.7 | 216.5 | 245.7 | 246.8 | 238.3 | 264.3 | 248.5 | 242.3 | 257.2 | 253.0 | 259.6 | 259.0 | 264.3 | 271.8 | 277.4 | 280.2 |
| Benicar/HCT | 64.5 | 71.4 | 74.9 | 80.1 | 82.2 | 99.4 | 123.5 | 123.0 | 145.0 | 146.8 | 147.8 | 173.4 | 171.0 | 170.9 | 186.4 | 190.4 | 196.3 | 201.4 | 212.2 | 222.9 | 235.4 | 241.2 |
| Caduet | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 2.1 | 5.8 | 8.3 | 10.8 | 13.1 | 16.1 | 21.2 | 24.5 | 26.9 | 28.2 |
| Cozaar/Hyzaar | 426.3 | 441.0 | 431.6 | 439.4 | 416.6 | 421.4 | 446.3 | 405.6 | 450.3 | 451.0 | 426.2 | 473.1 | 440.0 | 426.3 | 444.1 | 431.2 | 431.9 | 422.8 | 424.8 | 431.6 | 441.5 | 444.8 |
| Diovan/HCT | 548.1 | 567.8 | 560.9 | 587.7 | 562.9 | 575.8 | 615.0 | 564.5 | 634.8 | 638.1 | 609.7 | 683.9 | 667.5 | 670.0 | 694.0 | 675.2 | 674.6 | 671.2 | 678.7 | 690.5 | 710.0 | 745.9 |
| Lotrel | 301.0 | 311.7 | 301.3 | 310.9 | 301.8 | 305.8 | 334.4 | 309.2 | 345.1 | 338.3 | 326.9 | 362.8 | 344.2 | 335.8 | 353.3 | 346.1 | 346.1 | 348.0 | 352.5 | 358.7 | 372.5 | 372.9 |
| Norvasc | 917.5 | 938.2 | 906.6 | 922.6 | 877.5 | 897.9 | 950.2 | 865.7 | 971.1 | 973.2 | 934.1 | 1,033.6 | 963.4 | 937.1 | 981.8 | 960.6 | 971.1 | 968.8 | 988.8 | 1,011.3 | 1,049.4 | 1,064.3 |
| Tarka | 21.1 | 22.8 | 23.8 | 25.9 | 24.3 | 24.8 | 27.2 | 24.6 | 28.6 | 27.9 | 28.2 | 33.0 | 31.0 | 30.2 | 32.0 | 31.8 | 33.7 | 34.3 | 35.3 | 36.4 | 37.3 | 36.3 |
| Toprol-XL | 745.0 | 763.7 | 749.3 | 769.6 | 739.4 | 764.2 | 822.6 | 768.3 | 854.9 | 862.7 | 834.0 | 921.7 | 870.1 | 850.7 | 895.8 | 886.0 | 901.0 | 912.7 | 927.6 | 946.7 | 982.1 | 997.8 |





NPCLSV_LLT002210747

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# DIOVAN VISION:  To become the #1 prescribed antihypertensive therapy and the Gold Standard in Hypertension & CVM diseases



*Where We Are Today:*
The #1 ARB

*Where We Want to Be:*
The #1 AHY

**Positioning**
The new Gold Standard, versus ACE & HCTZ,
for Hypertension and CV Metabolic Disorders

**Diovan CPP**
Proven Power & Protection…for Life

**Strategic Imperatives**

| Drive down BP goals and need for greater compliance / outcomes | Achieve new *Gold Standard* positioning vs. the ACEi & HCTZ classes with emphasis on BP efficacy | Establish Co-Diovan as the Gold Standard AHY fixed combination globally | Maximize LCM value through new higher strengths, fixed combinations, and new formulations | Leverage globally the CVM Category Management Program (BP Success Zone) | Achieve & maintain ARB category leadership across all key markets |
|---|---|---|---|---|---|
| #1 | #2 | #3 | #4 | #5 | #6 |

# Diovan/HCT: Poised to Become the No. 1 AHY



NPCLSV_LTT002210748

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER





NPCLSV_LLT002210749

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

11

# Diovan mono NRx Share increased slightly vs. 2004



### ARB Mono NRx

|  | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diovan | 35.3 | 35.0 | 34.9 | 34.9 | 34.9 | 35.1 | 35.2 | 35.4 | 35.5 | 35.6 | 35.5 | 35.8 | 35.7 | 35.8 | 36.7 | 37.5 | 36.9 | 36.7 | 36.4 | 36.4 | 36.4 | 36.4 | 36.2 | 37.0 |
| Atacand | 9.3 | 9.0 | 8.9 | 8.7 | 8.6 | 8.5 | 8.4 | 8.2 | 8.0 | 7.9 | 7.9 | 7.6 | 7.6 | 7.4 | 7.2 | 7.0 | 7.1 | 6.9 | 6.8 | 6.7 | 6.6 | 6.4 | 6.3 | 6.1 |
| Avapro | 16.0 | 15.8 | 15.6 | 15.4 | 15.5 | 15.4 | 15.4 | 15.6 | 15.4 | 15.4 | 15.5 | 15.6 | 15.7 | 15.5 | 15.2 | 15.1 | 15.3 | 15.4 | 15.6 | 15.6 | 15.7 | 15.8 | 15.6 | 15.2 |
| Benicar | 5.9 | 6.5 | 7.2 | 7.7 | 8.2 | 8.5 | 8.8 | 9.0 | 9.3 | 9.7 | 9.9 | 9.9 | 10.1 | 10.4 | 10.7 | 10.6 | 11.0 | 11.4 | 11.6 | 11.8 | 12.0 | 12.2 | 12.2 | 12.1 |
| Cozaar | 28.1 | 28.0 | 27.8 | 27.7 | 27.4 | 27.0 | 26.9 | 26.6 | 26.5 | 26.3 | 25.9 | 26.0 | 25.6 | 25.6 | 25.1 | 24.6 | 24.6 | 24.3 | 24.2 | 23.9 | 23.8 | 23.6 | 23.4 | 22.9 |
| Micardis | 4.3 | 4.4 | 4.5 | 4.4 | 4.5 | 4.4 | 4.3 | 4.3 | 4.4 | 4.3 | 4.3 | 4.2 | 4.3 | 4.4 | 4.3 | 4.4 | 4.4 | 4.4 | 4.5 | 4.6 | 4.5 | 4.6 | 5.3 | 6.0 |
| Teveten | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.0 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 | 0.8 |

Source: IMS NPA





NPCLSV_LTT002210750

12

# However, Diovan HCT NRx share declined slightly vs. 2004



### ARB HCT NRx

| | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diovan HCT | 43.2 | 43.3 | 43.5 | 43.6 | 43.3 | 44.2 | 44.1 | 43.1 | 42.2 | 41.8 | 41.7 | 41.5 | 41.3 | 41.2 | 41.9 | 42.4 | 42.1 | 41.7 | 41.3 | 41.1 | 40.8 | 40.3 | 39.9 | 40.4 |
| Atacand HCT | 5.8 | 5.7 | 5.6 | 5.7 | 5.7 | 5.5 | 5.5 | 5.3 | 5.1 | 5.1 | 5.1 | 5.0 | 4.9 | 4.8 | 4.7 | 4.6 | 4.6 | 4.4 | 4.4 | 4.3 | 4.2 | 4.1 | 3.9 |
| Avalide | 13.5 | 13.7 | 13.7 | 13.5 | 13.9 | 13.9 | 13.9 | 13.8 | 13.7 | 13.4 | 13.4 | 13.5 | 13.6 | 13.4 | 13.4 | 13.1 | 13.3 | 13.3 | 13.6 | 13.7 | 13.8 | 13.8 | 13.5 | 13.3 |
| Benicar HCT | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 2.9 | 5.1 | 6.2 | 6.8 | 7.1 | 7.8 | 8.5 | 8.9 | 9.4 | 9.7 | 10.3 | 10.6 | 11.1 | 11.8 | 12.4 | 12.9 | 12.9 |
| Hyzaar | 33.8 | 33.3 | 32.9 | 32.8 | 32.4 | 31.8 | 31.3 | 30.5 | 29.5 | 28.9 | 28.4 | 28.3 | 27.8 | 27.3 | 26.4 | 25.9 | 25.6 | 25.4 | 25.2 | 24.5 | 24.1 | 24.0 | 23.6 | 23.0 |
| Micardis HCT | 3.7 | 3.9 | 3.9 | 4.0 | 4.2 | 4.1 | 4.0 | 3.9 | 3.9 | 3.9 | 4.0 | 3.9 | 4.0 | 4.0 | 3.9 | 3.9 | 4.0 | 4.1 | 4.1 | 4.3 | 4.4 | 4.4 | 5.2 | 5.7 |
| Teveten HCT | 0.0 | 0.2 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 |

Source: IMS NPA





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Diovan/HCT continuously gain share in overall anti-hypertensive market place

NPCLSV_LLT002210751



**AHY NRx Share**

| | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Diovan + HCT | 7.6 | 7.7 | 7.8 | 7.9 | 8.0 | 8.2 | 8.2 | 8.3 | 8.3 | 8.4 | 8.4 | 8.4 | 8.4 | 8.5 | 8.9 | 9.2 | 9.1 | 9.1 | 9.0 | 9.0 | 9.0 | 9.0 | 8.9 | 9.1 |
| Altace | 4.5 | 4.5 | 4.6 | 4.6 | 4.7 | 4.6 | 4.6 | 4.7 | 4.8 | 4.9 | 4.8 | 4.8 | 4.7 | 4.7 | 4.7 | 4.6 | 4.7 | 4.7 | 4.7 | 4.7 | 4.7 | 4.6 | 4.6 | 4.5 |
| Atacand + HCT | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.3 | 1.3 | 1.3 | 1.2 |
| Avapro/Avalide | 3.0 | 3.0 | 3.1 | 3.0 | 3.1 | 3.1 | 3.2 | 3.2 | 3.2 | 3.2 | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 | 3.4 | 3.4 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.5 | 3.4 |
| Benicar + HCT | 0.7 | 0.8 | 0.9 | 1.0 | 1.1 | 1.1 | 1.2 | 1.4 | 1.7 | 1.8 | 1.9 | 1.9 | 2.0 | 2.2 | 2.3 | 2.3 | 2.4 | 2.6 | 2.6 | 2.7 | 2.8 | 2.9 | 3.0 | 2.9 |
| Cozaar/Hyzaar | 6.0 | 6.0 | 6.1 | 6.1 | 6.1 | 6.1 | 6.1 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 5.9 | 5.9 | 5.9 | 5.8 | 5.8 | 5.8 | 5.8 | 5.7 | 5.6 | 5.6 | 5.5 | 5.4 |
| Lotrel | 4.1 | 4.2 | 4.3 | 4.3 | 4.3 | 4.3 | 4.4 | 4.4 | 4.5 | 4.6 | 4.6 | 4.5 | 4.5 | 4.5 | 4.6 | 4.6 | 4.6 | 4.6 | 4.6 | 4.7 | 4.7 | 4.7 | 4.7 | 4.5 |
| Norvasc | 12.9 | 13.1 | 13.1 | 13.0 | 12.9 | 12.8 | 12.8 | 12.9 | 12.8 | 12.8 | 12.9 | 12.9 | 12.9 | 12.8 | 12.8 | 12.8 | 12.9 | 12.9 | 12.9 | 13.0 | 13.1 | 13.2 | 13.2 | 13.0 |
| Tarka | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |

Source: IMS NPA





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210752

# *Diuretic Strategic Overview*





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Diuretics account for more than 23% of the AHY market and represent a great opportunity

NPCLSV_LTT002210753

### US Broad Hypertension Market - January YTD 2005



**Other AHYs**
3.6%
(1.8MM, +11.3%)

**ACE/CCBs**
2.7%
(1.3MM, +12.31%)
Lotrel  (1.2MM, +11.1%)

**Diuretics**
23.4%
(11.6MM, +3.2%)

**Thiazides 7.9%**
**K-Sparing 6.3%**
**Loop 9.2%**

**ACEs**
22.2%
(11.1MM, +3.7%)

Altace  (1.2MM, +2.7%)

**CCBs**
15.1%
(7.5MM, +0.7%)

Norvasc (3.4MM,
+7.0%)

**ARBs**
12.1%
(6MM, +12.8%)
Diovan  (1.3MM, +12.0%)
DioHCT (1.0MM, +14.1%)

**BBs**
21.6%
(10.5MM, +6.3%)

ToprolXL  (3.2MM,
+14.7%)





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Diuretics have the largest share of patients "Not at Goal"- A significant growth opportunity for both Diovan/HCT and Lotrel



Sources:
[1] Verispan Dec03
[2] ACEI Monotherapy: SYND HYT RPT (MMC-US; Jan04)
* Accounts for BB only (#31410); NOT BB w/diuretic or BB/A-B BI w/diuretic



NPCLSV_LTT002210754

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Current treatment patterns identify significant growth opportunities for Diovan/HCT and Lotrel

17

| | Top Add-Ons (Subsequent Therapy for New to Class Patients) | | | | |
|---|---|---|---|---|---|
| Class | DIU | CCB | BB | ARB | ACE |
| ACE | **30%** | 15% | 26% | 2% | |
| ARB | **29%** | 20% | 19% | 5% | |
| CCB | **24%** | | 15% | 8% | 16% |
| DIU | 10% | 14% | 19% | **7%** | 21% |

| | Top Switches (Subsequent Therapy for New to Class Patients) | | | | | |
|---|---|---|---|---|---|---|
| DIU | ACE | BB | ARB_DIU (Fix) | ARB | ACE_DIU (Fix) | CCB |
| | 19% | 21% | **4%** | **7%** | 2% | 14% |

*Source:  Verispan Longitudinal Patient Data; Look forward period: 90 Days from initiation of therapy within a particular class*



NPCLSV_LIT002210755

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Exploit the lack of BP control with Diuretics and grow Diovan/HCT

*Diuretic*

## Add-On/Switch

- **6 out of 10 of diuretic patients are uncontrolled**

- **Drive Diovan "add-on" to diuretic**

- **Get more "switch" to Diovan HCT**

## Replace

- **Drive Diovan first-line use vs. diuretics**





NPCLSV_LTT002210756

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Replace diuretics with Lotrel for additional BP control and/or less edema

NPCLSV_LTT002210757



> ## Replace
>
> - **Sell Lotrel as the "Go To" Agent for BP Efficacy**
>
> - **24% of CCB Add-ons are Diuretics. Instead drive switches from CCBs to Lotrel for patients:**
>
>     1. Not at BP goal
>
>     2. Experiencing edema
>
> - **30% of ACE Add-ons are Diuretics in free form. Instead drive switches from ACEs to Lotrel for patients not at BP goal**





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LTT002210758

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Diuretics will be added to the AHY Market Basket in T2 '05

- Incentives and Field Reporting (DAM Report) will include diuretics
- DPM Training includes scientific diuretic overview and role play scenarios
- CV Franchise share will change:
  - Diovan/HCT share will change from 8.9% to 7.4%
  - Lotrel share will change from 4.7% to 3.9%
- Little to no impact on target lists



NPCLSV_LLT002210759

21

# *CV Referral Network* Initiative





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Building the Referral Network is a Major component to Strategy for  Improving Meetings and Events

- Re-establish Novartis CV franchise as the 800-pound gorilla
  - Increase spend in meetings and events

- Optimize mix of Speaker Program vs. Round Table,
  - Provide specific direction on mix of speaker programs vs. round table meetings

- Increase attendance (reach more targets, more often)
  - Build physician referral network, from local to regional to national
    - Leverage referral network to draw attendance to speaker programs
  - Utilize National Steering Committee to develop/enhance program contents

- Increase utilization of majority of local/regional speakers
  - Conduct Local Speaker Training after Referral Network is Mapped





NPCLSV_LTT0022210760

CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LLT002210761

23

# Diovan speaker- led events reach few targets
# Only 7% of PCPs and 11% of Cards attend speaker programs







Source: NEC Jan04-Oct-04

LOTREL
amlodipine besylate/benazepril HCl

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Field Mapping Resulted in More than 60,000 Physicians Being Interviewed in Two Phases

- Interviews Focused on Tier 1, 2, and 3 targets as these physicians return a greater ROI when attending speaker led events

- Phase I – Determine Local PCP Infuencers and associated networks

- Phase II – Determine Regional Specialty Influencers and associated networks



NPCLSV_LLT002210762

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Training Cascade to Ensure Physicians at all Levels are Trained to Support Meeting & Event Goals

NPCLSV_LLT002210763



*Speakers will be trained on Diovan and Lotrel messages*

Steering Committee (8-12)

National Speakers (30-40)

Regional Speakers (400)

Local Speakers (5000)





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LTT002210764

26

# What We've Accomplished So Far

- Interviewed 62,000 target physicians

- Created 4 new program decks and case studies developed

- Developed Training Meetings for up to 5000 physicians/ $15 M investment

    - 2 National Meetings

    - 4 Regional Meetings

    - 1 Hospital Meetings

    - 17 Local Training Meetings

- Field Nominated 3128 physicians to participate in Local Training Meetings

CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER





# Each Region will Participate in Multiple Speaker Training programs to Insure[27] Sufficient Quantity of Speakers are in Place to Drive Program Execution

| Date | Regions Invited | Meeting Location | Venue |
|---|---|---|---|
| 4/30/2005 | Atlanta and Raleigh | Orlando, FL | Hyatt Regency Grand Cypress |
| 5/21/2005 | Atlanta and Raleigh | Charlotte, NC | Westin Charlotte |
| 6/4/2005 | Atlanta and Raleigh | New Orleans, LA | Hyatt Regency New Orleans |
| 6/11/2005 | Atlanta and Raleigh | Atlanta, GA | Hotel Inter-Continental Buckhead |
| 6/25/2005 | Atlanta and Raleigh | Nashville, TN | Franklin Marriott Cool Springs-- 250 people |
| 5/21/2005 | Cincinnati and Chicago | Cincinnati, OH | Hyatt Regency Cincinnati |
| 6/4/2005 | Cincinnati and Chicago | Minneapolis, MN | Hilton Minneapolis |
| 6/11/2005 | Cincinnati and Chicago | Chicago, IL | Chicago Marriott Downtown |
| 6/25/2005 | Cincinnati and Chicago | Detroit, MI | Westin Detroit Metropolitan Airport |
| 4/30/2005 | Morristown & Boston | New Jersey | Hilton Shorthills |
| 5/21/2005 | Morristown and Boston | Boston, MA | Boston Marriott Copley Place |
| 6/4/2005 | Morristown and Boston | Baltimore, MD | Baltimore Marriott Waterfront |
| 6/11/2005 | Morristown and Boston | New York, NY | Marriott Marquis NY |
| 4/30/2005 | San Ramon and Dallas | San Francisco, CA | Argent Hotel San Francisco |
| 6/4/2005 | San Ramon and Dallas | San Francisco, CA | Palace Hotel |
| 6/11/2005 | San Ramon and Dallas | Phoenix, AZ | TBD |
| 6/25/2005 | San Ramon and Dallas | Dallas, TX | Hyatt Regency Dallas |





NPCLSV_LTT002210765

CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LTT002210766

# *RACE TO A BILLION Update*





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210767

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

**Provide Feedback**

**Motivational**



**Informative**

**Supportive**





NPCLSV_LLT0022210768

30

# RACE TO A BILLION

- _PROGRAM CONTENTS_

– Voice Mails announcing sales progress

– Voice Mails sharing success stories submitted by N-IV Directors and Managers

– E-Mails explaining tactics, strategies, and Product and Market Updates

– News Letters providing information and Product and Market Updates

– Attack Packs

– Zone Premiums

– Keeper Premiums for the Field

– One type of Communication to go out each week

  • Alternating distribution channels





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LTT002210769

# *Sales Training Brief Overview*





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210770

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# CV T2 Trimester Calendar

- NPPM                          4/4-4/8
- May DPM                       w/o 5/2-5/9
- CV Train the Trainer Meeting  5/31
- CV DPM                        w/o 6/13-6/20





# Two Phase Approach to CV Training

**Phase I - May DPM (CV Knowledge Training Only) – 2 hours**

Enhance Knowledge Expertise in *preparation* for Phase II

**Phase II - June DPM (Marketing and Training)**

Delivery of new messages and implementation of new skills





NPCLSV_LLT002210771

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210772

34

# Pre-work

Delivery Date:  Week of April 11th

Field Communication of "Roadmap" for T2 Training

Basic Backgrounder on:

- – Primary Focus on Diuretics & to a lesser extent beta blockers

- – ALLHAT, ASCOT, JNC 7

- – Treatment of hypertension in African Americans, the Elderly and Patients with Diabetes





CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LLT002210773

# *BACK UP SLIDES*





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LLT002210774

36

# Role of  Scientific Operations

- RSD support for the roll out of the prework and pocket meetings

- Q & A teleconferences for prework

- RSD clinical presentations at RPM and APM/DPM's





CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LTT002210775

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

# Section 1 – Clinical Presentation

**Objective**:  Review basic information on diuretics and beta-blockers (from pre-work). Review the study design and key outcomes of the ALLHAT study, ASCOT and key points from JNC 7 relevant to the current hypertension marketplace.

**Format**:  1 hour presentation time

       30 minutes Q&A

**Description**:

RSD will conduct a "scientific" session on the drug classes and the key publications.

FLM and RSD will facilitate.





NPCLSV_LLT002210776

# Section 2 – Patient Types

**Objective**:  Understand some of the specific challenges in treating different high-risk patient populations

**Format**:  1 hour

**Description**:

Facilitated by FLM, with RSD support

Team Exercise

– Three groups – African Americans, the elderly and patients with diabetes

– Pros and Cons (challenges) to treating each patient type and which drug classes may be appropriate





CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LTT002210777

39

# Section 3-
# Jeopardy Challenge

**Objective**: Reinforce knowledge obtained from pre-work and clinical review.

**Format**:  30 minutes

**Description:**

Questions surrounding basic PI and MOA of diuretics and beta blockers,
ALLHAT, ASCOT, JNC 7 and patient types for the treatment of hypertension





CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LLT002210778

# US Broad Hypertension Market - January YTD 2005







CONFIDENTIAL   INFORMATION   SUBJECT   TO   PROTECTIVE   ORDER

# PMEA $ Monthly Trends
# Rolling 2 Month Average





*Source: Verispan*



NPCLSV_LTT002210779

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

NPCLSV_LTT002210780

42



## Lotrel Weekly NRx and TRx Share
### through week of 3/11/05

| | 9/3 | 9/10 | 9/17 | 9/24 | 10/1 | 10/8 | 10/15 | 10/22 | 10/29 | 11/5 | 11/12 | 11/19 | 11/26 | 12/5 | 12/13 | 12/20 | 12/27 | 1/7 | 1/14 | 1/21 | 1/28 | 2/4 | 2/11 | 2/18 | 2/25 | 3/4 | 3/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NRx | 4.79% | 4.85% | 4.87% | 4.79% | 4.77% | 4.81% | 4.78% | 4.75% | 4.78% | 4.84% | 4.80% | 4.77% | 4.76% | 4.80% | 4.83% | 4.80% | 4.85% | 4.74% | 4.62% | 4.61% | 4.66% | 4.71% | 4.74% | 4.74% | 4.71% | 4.80% | 4.76% |
| TRx | 4.76% | 4.75% | 4.77% | 4.73% | 4.73% | 4.77% | 4.75% | 4.74% | 4.73% | 4.80% | 4.77% | 4.78% | 4.76% | 4.75% | 4.78% | 4.75% | 4.84% | 4.82% | 4.77% | 4.78% | 4.83% | 4.82% | 4.81% | 4.82% | 4.79% | 4.83% | 4.81% |

**Source: IMS NPA Weekly**





CONFIDENTIAL  INFORMATION  SUBJECT  TO  PROTECTIVE  ORDER

NPCLSV_LLT002210781

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

43

# Amlodipine NRx Trend through Jan. '05
## Norvasc, Lotrel, Caduet



|  | Sep-02 | Oct-02 | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lotrel | 264 | 285 | 277 | 295 | 301 | 280 | 306 | 301 | 312 | 301 | 311 | 302 | 306 | 334 | 309 | 345 | 338 | 327 | 363 | 344 | 336 | 353 | 346 | 346 | 348 | 352 | 359 | 372 | 373 |
| Norvasc | 849 | 923 | 878 | 933 | 974 | 891 | 953 | 918 | 938 | 907 | 923 | 877 | 898 | 950 | 866 | 971 | 973 | 934 | 1,034 | 963 | 937 | 982 | 961 | 971 | 969 | 989 | 1,011 | 1,049 | 1,064 |
| Caduet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 6 | 8 | 11 | 13 | 16 | 21 | 24 | 27 | 28 |

**Source: IMS Dataview**





NPCLSV_LLT002210782

# Lotrel AHY NRx Share
# By Specialty

44

**NRx Share %**

| | Nov-02 | Dec-02 | Jan-03 | Feb-03 | Mar-03 | Apr-03 | May-03 | Jun-03 | Jul-03 | Aug-03 | Sep-03 | Oct-03 | Nov-03 | Dec-03 | Jan-04 | Feb-04 | Mar-04 | Apr-04 | May-04 | Jun-04 | Jul-04 | Aug-04 | Sep-04 | Oct-04 | Nov-04 | Dec-04 | Jan-05 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCPs | 4.75 | 4.78 | 4.61 | 4.65 | 4.8 | 4.92 | 4.93 | 4.88 | 4.95 | 5.04 | 4.98 | 5.12 | 5.21 | 5.22 | 5.08 | 5.11 | 5.07 | 5.17 | 5.2 | 5.22 | 5.24 | 5.17 | 5.27 | 5.23 | 5.21 | 5.26 | 5.09 |
| CARDIOLOGY | 2.53 | 2.6 | 2.45 | 2.53 | 2.68 | 2.67 | 2.71 | 2.74 | 2.81 | 2.85 | 2.83 | 2.96 | 2.97 | 3.05 | 2.96 | 3.07 | 3.12 | 3.14 | 3.2 | 3.2 | 3.23 | 3.23 | 3.25 | 3.34 | 3.28 | 3.41 | 3.24 |
| NEPHROLOGY | 2.51 | 2.61 | 2.4 | 2.4 | 2.46 | 2.64 | 2.6 | 2.79 | 2.67 | 2.77 | 2.77 | 2.8 | 2.9 | 2.87 | 2.83 | 2.77 | 2.76 | 3.01 | 2.88 | 2.84 | 2.95 | 2.96 | 2.84 | 2.87 | 2.88 | 2.95 | 2.91 |
| ENDOCRINOLOGY | 2.8 | 2.96 | 2.78 | 2.65 | 2.7 | 2.88 | 3.1 | 2.98 | 2.96 | 3.06 | 2.98 | 3.2 | 3.28 | 3.05 | 3.09 | 3.02 | 3.21 | 3.26 | 3.25 | 3.12 | 3.21 | 3.17 | 3.2 | 3.11 | 3.27 | 3.3 | 3.09 |
| Over All | 4.12 | 4.16 | 4.02 | 4.07 | 4.2 | 4.29 | 4.32 | 4.29 | 4.33 | 4.41 | 4.38 | 4.5 | 4.58 | 4.58 | 4.47 | 4.5 | 4.5 | 4.58 | 4.6 | 4.64 | 4.65 | 4.61 | 4.67 | 4.67 | 4.67 | 4.68 | 4.54 |



**Source: IMS Dataview**



CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER