# Exhibit 55

| | |
|---|---|
| **From:** | David Hollasch [CN=David Hollasch/OU=PH/O=Novartis] |
| **Sent:** | Tuesday, September 15, 2009 1:34:18 PM |
| **To:** | Natasha Nelson |
| **Subject:** | Re: Audit Remediation Roll-out and tracking requirements (including Next Steps) |
| **Attachments:** | audit FLM-Rep Audit Remediation - final 08 28 09.ppt.zip; audit Speaker Programs Checklist for Lead Sales Representatives - Final 08 28 09.doc; audit FLM Monitoring Checklist - Final 08 28 09.doc; audit Speaker Program Restaurant FAX Confirmation - Final 08 28 09.doc |

Natasha -

unfortunately no.  I have a lot of testing to do and only this and next week to do it in.  They want the audit done by the end of next week.  I can't push it back even if I wanted to because the following week I am in Washington DC for the Novartis training class.   I am going to see about getting a Robert Half person in next week to help me.   I'm only asking for the 5 days so I can get someone quickly.

Can't Peter from Newaygo go give some of the presentations? He knows the decks and should understand the reasons for the changes

      David Hollasch, CPA, CFE, CISA
Director, Regulatory Compliance
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH, 701-529
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 5877
Email : david.hollasch@novartis.com

Natasha Nelson/PH/Novartis
09/15/2009 09:19 AM

To     David Hollasch/PH/Novartis@PH
cc
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)

David

I forgot!   Oh well I'll just send another set.

Do you have time to give any of these speeches? or stand by to answer questions?   we have invites coming in from all over...

Best regards
Natalie "Natasha" Nelson-Ling
Executive Director
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH
Novartis Pharmaceuticals Corporation
One Health Plaza, 701-530
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 9807
Fax: +1 973 781 2984
Cell: +1 862 926 9150
Email : natasha.nelson@novartis.com

David Hollasch/PH/Novartis
09/15/2009 09:16 AM

To      Natasha Nelson/PH/Novartis@PH
cc
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)

Natasha -

don't forget that the Speaker Program Restaurant fax form isn't final yet - I asked Newaygo to add a comment about the minimum guarantee.   Christine R. is following up with AHM on producing a report that lists room costs.   We are going to instruct the restaurant to charge the unmet minimum guarantee as an additional room fee - this way it is not part of the meal cost and it can be tracked - the revision to the form instructs the venue to charge the unmet guarantee as a room rental cost.   Peter S. said he will have the revised form by tomorrow.

David Hollasch, CPA, CFE, CISA
Director, Regulatory Compliance
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH, 701-529
Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 5877
Email : david.hollasch@novartis.com

Natasha Nelson/PH/Novartis

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

09/15/2009 09:02 AM

To     William Chou/PH/Novartis@PH
cc     David Hollasch/PH/Novartis@PH
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)

Will

Rest of attachments -- size constraints!   <<Missing Image>> [KO_Objct_Attchmnt_Plchldr] [KO_Objct_Attchmnt_Plchldr]
[KO_Objct_Attchmnt_Plchldr]

        Best regards
Natalie "Natasha" Nelson-Ling
Executive Director
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH
Novartis Pharmaceuticals Corporation
One Health Plaza, 701-530
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 9807
Fax: +1 973 781 2984
Cell: +1 862 926 9150
Email : natasha.nelson@novartis.com

William Chou/PH/Novartis
09/11/2009 11:46 AM

To     Natasha Nelson/PH/Novartis@PH
cc     David Hollasch/PH/Novartis@PH
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)

ThanksNatasha,

How about Wed the 30th in the afternoon in Atlantic City.

Will

        William Chou, MD
Director of Operations
Northeast Operating Unit
Phone: 862-778-2088
Cell: 203-887-3259

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Natasha Nelson/PH/Novartis
09/10/2009 06:35 PM

To      William Chou/PH/Novartis@PH
cc      David Hollasch/PH/Novartis@PH
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)


Will

David or I can cover this.   Give us a chance to figure out a combo'd speech though...Does it have to be the first?   Any chance for a different day?   Speciality is the first also that is why I asked.


        Best regards
Natalie "Natasha" Nelson-Ling
Executive Director
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH
Novartis Pharmaceuticals Corporation
One Health Plaza, 701-530
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 9807
Fax: +1 973 781 2984
Cell: +1 862 926 9150
Email : natasha.nelson@novartis.com




William Chou/PH/Novartis
09/10/2009 05:41 PM

To      Natasha Nelson/PH/Novartis@PH
cc
Subject Re: Audit Remediation Roll-out and tracking requirements (including Next Steps)



Hi Natasha,

We will have all our FLMs together on Oct 1 in Atlantic City.

Can we present one time to all of them at once? - this would help the consistency of message. Also, logistically, there isn't another good chance for the MDs to roll it out individually to their FLMs.

Also, would you be willing to do this presentation to all our FLMs, as you did with our MDs. As I am sure he did with the MDs, Chris would put the importance of this into perspective for all.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Let me know,

Will


        William Chou, MD
Director of Operations
Northeast Operating Unit
Phone: 862-778-2088
Cell: 203-887-3259




Natasha Nelson/PH/Novartis
09/10/2009 04:26 PM

To      Eric Kizior/PH/Novartis@PH, Karan Arora/PH/Novartis@PH, Heather DeMyers/PH/Novartis@PH, Douglas
Pace/PH/Novartis@PH, James Melvin/PH/Novartis@PH, William Chou/PH/Novartis@PH
cc      David Hollasch/PH/Novartis@PH
Subject Audit Remediation Roll-out and tracking requirements (including Next Steps)




To:  OU Director of Operations
From: Natasha Nelson
Subject:   Audit Remediation Roll-out -- Tracking Requirements and Next Steps

As per the agreed-upon audit remediation roll-out plan, communications and the roll-out should be in progress.   I am
writing to ask you to verify the status of various activities and provide you with the tracking forms for the upcoming
RD-FLM and FLM-Rep training.

Step 1 - Training of Senior OU and Sales Leadership (GM/VP, RD):
This should have completed using the Leadership Summary module.
For tracking purposes, please send me a brief email to confirm this has been completed, date and with whom.

Step 2 – Training of FLMs by RDs:
FLM training is scheduled to be completed in September at the OU Sales meetings via a live-training session using the
RD-FLM training module.
We need to know the date when your live training sessions will take place.   Also, if needed we can help support you at
these meetings so please let me know.
Tracking of FLM training:
RDs and FLMs must verify they have completed the live training by signing the attached audit remediation live training
attendee form at the their individual training meetings.
Directors of Operations should print this form (print-ready, just press print), bring it to the meeting, and circulate it for
signatures.   After the meeting, Director of Operations should scan/email or fax the completed form to the contact
information on the form.   This should be completed within a week of the RD-FLM training session.

Step 3 – Training of Sales Representatives by FLMs:
FLM's are required to conduct live training with their individual representatives using the FLM-Rep training module.
Audit Remediation requirements are in effective October 1 and Sales Representatives need to be trained by their FLM by
no later than November 13.
Tracking of FLM training:
FLM must verify they have completed the live training with their Sales Representatives by completing the audit
remediation live training attendee form.
Each FLM must then email this completed form to EC.Audits@novartis.com by no later than November 20, 2009.   We will
be tracking the receipt of these reports and will be able to provide you with ongoing reports once the training process
begins and forms are submitted.

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER

Lastly, to help support your audit remediation efforts, a new web SFA Audits and Investigations sub-link is being developed where the audit remediation checklists, training modules, tracking forms and other support materials will be available.   RD, FLM and Sales Representatives can easily access these resources on-line as of October 1st.

Thank you for your ongoing efforts to support the audit remediation.[attachment "audit FLM Rep Training Confirmation Form Sep 9 09.xls" deleted by William Chou/PH/Novartis] [attachment "audit RD FLM Training Sign In Form Sep 9 09.xls" deleted by William Chou/PH/Novartis]


        Best regards
Natalie "Natasha" Nelson-Ling
Executive Director
Novartis Pharmaceuticals Corporation
Ethics and Compliance
USEH
Novartis Pharmaceuticals Corporation
One Health Plaza, 701-530
East Hanover, NJ 07936-1080
USA
Phone: +1 862 778 9807
Fax: +1 973 781 2984
Cell: +1 862 926 9150
Email : natasha.nelson@novartis.com

CONFIDENTIAL INFORMATION SUBJECT TO PROTECTIVE ORDER