

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE

September 13, 2018

**By Hand Delivery & Electronic Filing**

Honorable Paul G. Gardephe
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square, Courtroom 705
New York, NY 10007-1312

    Re:    In Re Novartis Pharmaceuticals Corporation, Case No. 1:11-cv-00071-PGG ( (S.D.N.Y.)

Dear Judge Gardephe:

Enclosed is a courtesy copy of my motion to withdraw my appearance in the above-captioned action with an accompanying declaration and proposed order.

In April 2016, I resigned from the partnership at Quinn Emanuel Urquhart & Sullivan, LLP, and in May 2016, I commenced my appointment as Executive Deputy Attorney General of the Economic Justice Division at the Office of the New York Attorney General ("NYAG"). Recently, in the course of preparing a Notice of Appearance in another matter on behalf of the NYAG, I discovered that I was still listed as counsel of record in the above-captioned action. Accordingly, pursuant to a conversation with Your Honor's law clerk, I am resubmitting these papers in the form of a notice of motion with accompanying declaration.

Thank you for your consideration of this submission.

                              Respectfully submitted,

                              Manisha M. Sheth