UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN; the DISTRICT OF COLUMBIA, the CITY OF CHICAGO, and the CITY OF NEW YORK *ex rel.*, and OSWALD BILOTTA,<br><br>                                                         Plaintiffs,<br><br>-against-<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                                                         Defendant. | 11 Civ. 0071 (PGG) |

### NOTICE OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION TO EXCLUDE THE TESTIMONY OF DANIEL L. MCFADDEN

PLEASE TAKE NOTICE that, upon the Memorandum of Law in Support of Defendant Novartis Pharmaceuticals Corporation's Motion To Exclude the Testimony of Daniel L. McFadden, dated September 28, 2018, and the accompanying Declaration of Benjamin Gruenstein, executed September 28, 2018, and exhibits thereto, Defendant Novartis Pharmaceuticals Corporation hereby moves this Court, before the Honorable Paul G. Gardephe, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, for an order, pursuant to

Federal Rules of Evidence 702 and 403 to exclude the testimony of Daniel L. McFadden, and granting such other and further relief as the Court deems just and proper.

Dated:  September 28, 2018

Respectfully submitted,

s/ Evan R. Chesler
-------------------------------------
Evan R. Chesler
Rachel G. Skaistis
Benjamin Gruenstein
Damaris Hernández
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel. No.: (212) 474-1000
Email: echesler@cravath.com

Michael A. Rogoff
Manvin S. Mayell
Samuel Lonergan
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel. No.: (212) 836-8000

*Counsel for Defendant*
*Novartis Pharmaceuticals Corporation*

TO:
Jeannette A. Vargas
Christopher B. Harwood
    United States Attorney's Office
        86 Chambers Street, Third Floor
           New York, NY 10007

Andrew Gropper
Kathryn Harris
    New York State Office of the Attorney General
        120 Broadway
           New York, NY 10271

James E. Miller
    Shepherd, Finkelman, Miller & Shah, LLP
        65 Main Street
           Chester, CT 06412
              (860) 526-1100