**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | 11 Civ. 0071 (PGG)<br><br>**NOTICE OF MOTION** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the United States of America's Motions *In Limine*, and the Declaration of Jeannette A. Vargas, dated April 8, 2019, with exhibits, Plaintiff, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rules of Evidence 401, 402 and 403, and Federal Rule of Civil Procedure 37(c)(1), to preclude certain evidence at trial and to establish the admissibility of certain evidence at trial.

Dated: New York, New York
April 8, 2019

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York
                *Attorney for Defendants*

By:    /s/ Jeannette Vargas
        JEANNETTE VARGAS
        PIERRE G. ARMAND
        MÓNICA FOLCH
        JACOB LILLYWHITE
        JENNIFER JUDE
        JACOB M. BERGMAN
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York  10007