Plaintiffs' Proposed Jury Verdict Form

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs and Relator,<br>v.<br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | |

**SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

I.  **COUNT ONE – COMPLAINT OF UNITED STATES**
    **FEDERAL FALSE CLAIMS ACT – CAUSED SUBMISSION OF FALSE OR**
    **FRAUDULENT CLAIMS (31 U.S.C. § 3729(a)(1)(A))**

   1. Has the United States proven by a preponderance of the evidence that Novartis violated the federal False Claims Act by causing the submission of false or fraudulent claims to government health insurance programs?

   **Yes** \_\_\_\_\_      **No** \_\_\_\_\_

   *If you answered "Yes" to Question 1, go to Question 2. If you answered "No" to Question 1, go directly to Question 4.*

   2. Specify how many illegal bribes Novartis offered or paid to doctors who afterwards wrote prescriptions that were submitted to government health insurance programs for reimbursement. You may not mark zero (0).

   **Number of Bribes:** _____

   *Go to Question 3.*

    **3.**    What is the total dollar amount of damages that the United States sustained as a result of Novartis's violations of the False Claims Act under Count One.

        $_____

**II.**    **COUNT TWO – COMPLAINT OF THE UNITED STATES FEDERAL FALSE CLAIMS ACT – FALSE STATEMENT (31 U.S.C. § 3729(a)(1)(B))**

    **4.**    Has the United States proven by a preponderance of the evidence that Novartis violated the False Claims Act by causing false statements material to a false or fraudulent claim to be made or used?

        **Yes** _____            **No** _____

*If you answered "Yes" to Question 4, go to Question 5. If you answered "No" to Question 4, go directly to Question 7.*

    **5.**    Specify how many illegal bribes Novartis offered or paid to doctors who afterwards wrote prescriptions that were submitted to government health insurance programs for reimbursement. You may not mark zero (0).

        _____

*Go to Question 6.*

    **6.**    What is the total dollar amount of damages that the United States sustained as a result of Novartis's violations of the False Claims Act under Count Two.

        $_____

**III.**    **COUNT THREE – COMPLAINT OF THE UNITED STATES COMMON LAW UNJUST ENRICHMENT**

    **7.**    Has the United States proven by a preponderance of the evidence that Novartis was unjustly enriched?

        **Yes** _____            **No** _____

*If you answered "Yes" to Question 7, go to Question 8. If you answered "No" to Question 7, go directly to Question 9.*

    **8.**    Specify by dollar amount how much Novartis was unjustly enriched.

        _____

*Go to Question 9.*

IV.  STATE FALSE CLAIMS ACT CLAIMS
    CAUSED SUBMISSION OF FALSE OR FRAUDULENT CLAIMS

9. Have the Plaintiffs proven by a preponderance of the evidence that Novartis violated any state False Claims Acts by causing the submission of false or fraudulent claims to that state's Medicaid program?

**Yes** \_\_\_\_\_      **No** \_\_\_\_\_

*If you answered "Yes" to Question 9 go to Question 10.  If you answered "No" to Question 9, go directly to Question 12.*

10. Please indicate by placing a checkmark next to the State's name if you have determined that Novartis violated that state's False Claims Act by causing the submission of false or fraudulent claims to that state's Medicaid program.

| | | |
|---|---|---|
| _____ California | _____ Louisiana | _____ North Carolina |
| _____ Colorado | _____ Maryland | _____ Oklahoma |
| _____ Connecticut | _____ Massachusetts | _____ Rhode Island |
| _____ Delaware | _____ Michigan | _____ Tennessee |
| _____ Dist. of Columbia | _____ Minnesota | _____ Texas |
| _____ Florida | _____ Montana | _____ Virginia |
| _____ Georgia | _____ New Hampshire | _____ Washington |
| _____ Hawaii | _____ New Jersey | _____ Wisconsin |
| _____ Illimois | _____ New Mexico | |
| _____ Indiana | _____ New York | |
| _____ Iowa | _____ Nevada | |

     **11.**     For each state that you checked in response to Question 10, please indicate on the line next to that state's name below the total dollar amount of damages that such state sustained as a result of Novartis's violations of the state's False Claims Act.

| | | |
|---|---|---|
| _____ California | _____ Iowa | _____ New York |
| _____ Colorado | _____ Louisiana | _____ Nevada |
| _____ Connecticut | _____ Maryland | _____ North Carolina |
| _____ Delaware | _____ Massachusetts | _____ Oklahoma |
| _____ Dist. of Columbia | _____ Michigan | _____ Rhode Island |
| _____ Florida | _____ Minnesota | _____ Tennessee |
| _____ Georgia | _____ Montana | _____ Texas |
| _____ Hawaii | _____ New Hampshire | _____ Virginia |
| _____ Illinois | _____ New Jersey | _____ Washington |
| _____ Indiana | _____ New Mexico | _____ Wisconsin |

**V.**     **STATE FALSE CLAIMS ACT CLAIMS**
         **CAUSED SUBMISSION OF FALSE OR FRAUDULENT CLAIMS**

     **12.**     Have the Plaintiffs proven by a preponderance of the evidence that Novartis violated any state False Claims Acts by causing false statements material to a false or fraudulent Medicaid claim to be made or used?

         **Yes** \_\_\_\_\_                                **No** \_\_\_\_\_

*If you answered "Yes" to Question 12, go to Question 13.  If you answered "No" to Question 12, go directly to Question 15.*

13.     Please indicate by placing a checkmark next to the State's name if you have determined that Novartis violated that state's False Claims Act by causing false statements material to a false or fraudulent Medicaid claim to be made or used.

| | | | | | |
|---|---|---|---|---|---|
| _____ | California | _____ | Louisiana | _____ | North Carolina |
| _____ | Colorado | _____ | Maryland | _____ | Oklahoma |
| _____ | Connecticut | _____ | Massachusetts | _____ | Rhode Island |
| _____ | Delaware | _____ | Michigan | _____ | Tennessee |
| _____ | Dist. of Columbia | _____ | Minnesota | _____ | Texas |
| _____ | Florida | _____ | Montana | _____ | Virginia |
| _____ | Georgia | _____ | New Hampshire | _____ | Washington |
| _____ | Hawaii | _____ | New Jersey | _____ | Wisconsin |
| _____ | Illinois | _____ | New Mexico | | |
| _____ | Indiana | _____ | New York | | |
| _____ | Iowa | _____ | Nevada | | |

14.     For each state that you checked in response to Question 13, please indicate on the line next to that state's name below the total dollar amount of damages that such state sustained as a result of Novartis's violations of the state's False Claims Act.

| | | | | | |
|---|---|---|---|---|---|
| _____ | California | _____ | Iowa | _____ | New York |
| _____ | Colorado | _____ | Louisiana | _____ | Nevada |
| _____ | Connecticut | _____ | Maryland | _____ | North Carolina |
| _____ | Delaware | _____ | Massachusetts | _____ | Oklahoma |
| _____ | Dist. of Columbia | _____ | Michigan | _____ | Rhode Island |
| _____ | Florida | _____ | Minnesota | _____ | Tennessee |
| _____ | Georgia | _____ | Montana | _____ | Texas |
| _____ | Hawaii | _____ | New Hampshire | _____ | Virginia |
| _____ | Illinois | _____ | New Jersey | _____ | Washington |
| _____ | Indiana | _____ | New Mexico | _____ | Wisconsin |

## VI. NEW YORK - UNJUST ENRICHMENT

**15.** Has Plaintiff the State of New York proven by a preponderance of the evidence that Novartis obtained money from the New York State Medicaid Program under such circumstances that Novartis should not in good conscience be entitled to retain it?

      **Yes** \_\_\_\_\_               **No** \_\_\_\_\_

**16.** If you answered Yes in response to Question 15, please indicate the total dollar amount of money that Novartis is liable to repay to the State of New York.

      $_____

## VII. NEW YORK EXECUTIVE LAW § 63-c

**17.** Has Plaintiff the State of New York proven by a preponderance of the evidence that Novartis caused the submission of false or fraudulent claims for payment to the New York State Medicaid program, and thereby obtained money from the New York State Medicaid program without right?

      **Yes** \_\_\_\_\_               **No** \_\_\_\_\_

**18.** If you answered Yes in response to Question 17, please indicate that total dollar amount of money that Novartis obtained without right by causing the submission of false or fraudulent claims to the New York State Medicaid program?

      $ _____