**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs and Relator,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | 11 Civ. 0071 (PGG) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | |

## DECLARATION OF JEANNETTE VARGAS

I, Jeannette Vargas, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

1.      I am an Assistant United States Attorney in the office of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for Plaintiff United States of America (the "Government"). I am an attorney assigned to this matter, and am familiar with the proceedings herein. I am an attorney assigned to this matter, and am familiar with the proceedings herein. I submit this declaration in support of the Government's Motions in Limine.

1.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Suad Ismail, dated November 29, 2016.

2.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the

transcript of the deposition of Seth Ivins, dated October 28, 2016.

3.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the

transcript of the deposition of Dr. Ramon Mendez, dated December 7, 2016.

4.      Attached hereto as Exhibit D is a true and correct copy of the Expert Report of

Daniel McFadden, dated August 14, 2017.

5.      Attached hereto as Exhibit E is a true and correct copy of the Eric M. Gaier

Expert Report, dated December 11, 2017.

6.      Attached hereto as Exhibit F is a true and correct copy of the Rebuttal Report of

Daniel McFadden, dated February 7, 2018.

7.      Attached hereto as Exhibit G is a true and correct copy of excerpts from the

transcript of the deposition of Anne Duvall, dated October 25, 2016.

8.      Attached hereto as Exhibit H is a true and correct copy of excerpts from the

transcript of the deposition of Richard Cassoff, dated September 7, 2016.

9.      Attached hereto as Exhibit I is a true and correct copy of excerpts from the

transcript of the deposition of Michael Contreras, dated September 23, 2016.

10.     Attached hereto as Exhibit J is a true and correct copy of the Second

Supplemental Disclosures of Defendant Novartis Pharmaceuticals Corporation, dated March 4,

2019.

11.     Attached hereto as Exhibit K is a true and correct copy of the Third Supplemental

Disclosures of Defendant Novartis Pharmaceuticals Corporation, dated March 25, 2019.

12.     Attached hereto as Exhibit L is a true and correct copy of the 2010 Settlement

Agreement between the United States and Novartis Pharmaceuticals Corporation.

13.     Attached hereto as Exhibit M is a true and correct copy of the Government's Objections and Responses to Defendant's First Set of Interrogatories, dated December 8, 2014.

14.     Attached hereto as Exhibit N is a true and correct copy of a letter from the Government to Novartis Pharmaceuticals Corporation, dated November 27, 2015.

15.     Attached hereto as Exhibit O is a true and correct copy of the Government's Second Supplemental Objections and Responses to Defendant's First and Second Sets of Interrogatories, dated December 5, 2017.

16.     Attached hereto as Exhibit P is a true and correct copy of a document produced in discovery by Novartis, Bates stamped NPCLSV_LIT003250851

17.     Attached hereto as Exhibit Q is a true and correct copy of a document produced in discovery by Novartis, Bates stamped NPCLSV_LIT000202193

18.     Attached hereto as Exhibit R is a true and correct copy of a document produced in discovery by Novartis, Bates stamped NPCLSV_LIT000203831

19.     Attached hereto as Exhibit S is a true and correct copy of a document produced in discovery by Novartis, Bates stamped NPCLSV_LIT000215324

20.     Attached hereto as Exhibit T is a true and correct copy of excerpts from the transcript of the deposition of Julie Kane, dated October 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       April 8, 2019

/s/ Jeannette Vargas
Jeannette Vargas

3