

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

April 15, 2019

**BY ECF and FACSIMILE (212) 805-7986**
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *United States v. Novartis*, No. 11 Civ. 0071 (PGG)

Dear Judge Gardephe:

      We write respectfully on behalf of the United States to respect a one-day extension of time to submit Plaintiffs' marked exhibits to the Court. Due to technical difficulties, the Government was unable to transfer all of its exhibits onto the external hard drive by today's deadline. Novartis has consented to this request.

                                            Respectfully,

                                           GEOFFREY S. BERMAN
**MEMO ENDORSED**                          United States Attorney

**The Application is granted.**

**SO ORDERED:**                    By:    /s/ Jeannette Vargas
*[signature]*                                  JEANNETTE VARGAS
Paul G. Gardephe, U.S.D.J.              PIERRE ARMAND
Dated: April 17, 2019                     MÓNICA FOLCH
                                                      JACOB LILLYWHITE
                                                        JENNIFER JUDE
                                                       JACOB BERGMAN
                                                       Assistant United States Attorneys
                                                       Tel: (212) 637-2678