UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES, et al. ex rel.
OSWALD BILOTTA,

        Plaintiffs and Relator,

-against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

        Defendant.

**ORDER**

11 Civ. 0071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for May 10, 2019 is adjourned sine die.

Dated: New York, New York
       May 9, 2019

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge