UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES, et al. ex rel.
OSWALD BILOTTA,

              Plaintiffs and Relator,

-against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

              Defendant.

**ORDER**

11 Civ. 0071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the trial in this action previously scheduled to begin on May 20, 2019 is adjourned sine die.

Dated: New York, New York
       May 20, 2019

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge