

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 5, 2019

**BY ECF AND FACSIMILE**
Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Novartis*, No. 11 Civ. 0071 (PGG)

Dear Judge Gardephe:

      The parties in the above-referenced case jointly request that the pending motions that have been filed in the above-referenced case at ECF Nos. 247, 249, 251, 255, 256, 258, 260, 277, 305, 307, 310, and 312 be deemed withdrawn. The parties respectfully request that the Court enter an order terminating these pending motions without prejudice to renewal.

      Respectfully,

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Aug. 5, 2019

By:    GEOFFREY S. BERMAN
United States Attorney

    /s/ Jeannette A. Vargas
JEANNETTE VARGAS
PIERRE ARMAND
MÓNICA FOLCH
JACOB LILLYWHITE
JENNIFER JUDE
JACOB BERGMAN
Assistant United States Attorneys
Tel: (212) 637-2678

cc:    Via ECF and Email
        Evan R. Chesler, Esq. (echesler@cravath.com)
        Rachel G. Skaistis, Esq. (rskaistis@cravath.com)
        Michael A. Rogoff, Esq. (michael.rogoff@kayescholer.com)
        James Miller, Esq. (jmiller@sfmlaw.com)
        Kathryn Harris, Esq. (Kathryn.Harris@ag.ny.gov)