UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES, et al. ex rel.
OSWALD BILOTTA,

     Plaintiffs and Relator,

   -against-

NOVARTIS PHARMACEUTICALS
CORPORATION,

      Defendant.

**<u>ORDER</u>**

11 Civ. 71 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   It is hereby ORDERED that a conference will take place in this action on **July 2, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   May 12, 2020

        SO ORDERED.

        _____
        Paul G. Gardephe
        United States District Judge