UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES et al. ex rel. OSWALD BILOTTA,<br><br>            Plaintiffs and Relator,<br><br>     - against -<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                        Defendant. | **ORDER**<br><br>11 Civ. 71 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for **July 2, 2020** is adjourned sine die.

Dated:  New York, New York
       July 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge