# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

espiro@maglaw.com
(212) 880-9460

SENIOR COUNSEL
PAUL R. GRAND

COUNSEL
JASMINE JUTEAU
CURTIS B. LEITNER
JACOB W. MERMELSTEIN
BRENT M. TUNIS

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

August 11, 2020

**BY ECF**

Honorable Paul G. Gardephe
United States District Judge
40 Foley Square
New York, New York 10007

     Re:    <u>United States ex rel. Bilotta v. Novartis Pharm. Corp.</u>, 11 Civ. 00071 (PGG)

Dear Judge Gardephe:

     We represent Shepherd, Finkelman, Miller & Shah, LLP ("SFMS"), counsel for Relator Oswald Bilotta in the above action. On August 3, 2020, Petitioner Patrick A. Klingman filed a Motion to Assert a Charging Lien and Determine Attorney's Fees (ECF. No. 347). Mr. Klingman, a former attorney at SFMS, is asserting a charging lien for a portion of the attorneys' fees to which SFMS is entitled as counsel for Relator and seeks to have the Court determine the amount of fees owed to Mr. Klingman, if any. By order dated August 6, 2020, the Court directed that any response to Mr. Klingman's motion be submitted by August 14, 2020 (ECF No. 350).

     SFMS and Mr. Klingman are currently discussing the possibility of resolving their dispute through arbitration. Accordingly, to give the parties sufficient time to pursue these discussions, we respectfully request a two-week extension, to August 28, 2020, to respond to Mr. Klingman's Motion. SFMS has not submitted any prior requests for such an extension, and Mr. Klingman consents to this request.

                                         Respectfully yours,

                                         /s/ Edward M. Spiro

                                         Edward M. Spiro

cc: Peter M. Nolin, Counsel for Petitioner