UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES, et al. ex rel. OSWALD BILOTTA,

Plaintiffs and Relator,

-against-

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

**ORDER**

11 Civ. 0071 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On July 7, 2026, non-party Frank Garcia, proceeding pro se, filed a motion to unseal the Complaint "and any related filings that remain under seal in this action." (Dkt. No. 365) Relator is directed to respond to this motion by **July 17, 2026**, and the Government is directed to respond to this motion by **July 24, 2026**.

Dated: New York, New York
July 10, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge